AO 83 (Rev. 12/35) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

MAHEALANI VENTURA-OLIVER
(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR 11-00503 JMS 01

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 14 2011
at 9 o'clock and 45 min. A M.
SUE BEITIA, CLERK

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | COURTROOM 5 |
| Before: Kevin S. C. Chang, United States Magistrate Judge | Date and Time<br>June 14, 2011 @ 2:15 p.m. |

To Answer a(n) Indictment

Charging you with a violation of Title 18 United States Code, Section(s) 371; 1341; 1957; 287 & 371; 287.

Brief description of offense:
Count 1: Conspiracy
Count 2-16: Mail Fraud
Count 17: Money Laundering
Count 18: False Claims & Conspiracy
Count 25: False Claims

RECEIVED
2011 MAY 27 AM 8:39
U.S. MARSHALS SERVICE
HONOLULU, HI

Sue Beitia, Clerk of Court
Name and Title of Issuing Officer

/s/ Sue Beitia by GS
Signature of Issuing Officer/Deputy Clerk

May 26, 2011
Date

AO 83 (Rev.06/09) Summons in a Criminal Case (Page 2)

Case No.     CR 11-00503 JMS

## PROOF OF SERVICE

This summons was received to me on *(date)* _____.

☐ I personally served the summons on this individual at *(place)* _____ ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, and mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____ , who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ , and I mailed a copy to the organization's last known address within the district or elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____
_____.

I declare that under penalty of perjury that this information is true.

Date returned: _____          _____
                                        Server's signature

                                        _____
                                        Printed name and title

Remarks:

**Certified Mail Receipt (attached):**
- Article addressed to: Mahealani Ventura-Oliver, 1704 Wili Pa Loop, PMB 129, Wailuku, HI 96793
- Service Type: Certified Mail
- Article Number: 7008 3230 0002 1421 6410
- PS Form 3811, February 2004, Domestic Return Receipt
- Received by (Printed Name): Teri Kan Hai
- Date of Delivery: 6-3-11
- Sent To: M. Ventura-Oliver 06/01/11 11-00503-01
- Total Postage & Fees: $6.63

2