AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

MAHEALANI VENTURA-OLIVER
(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR 11-00503 JMS 01

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
JUN 14 2011
at 9 o'clock and 45 min. A M.
SUE BEITIA, CLERK

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | COURTROOM 5 |
| | Date and Time |
| Before: Kevin S. C. Chang, United States Magistrate Judge | June 14, 2011 @ 2:15 p.m. |

To Answer a(n) Indictment

Charging you with a violation of Title 18 United States Code, Section(s) 371; 1341; 1957; 287 & 371; 287.

Brief description of offense:
Count 1: Conspiracy
Count 2-16: Mail Fraud
Count 17: Money Laundering
Count 18: False Claims & Conspiracy
Count 25: False Claims

RECEIVED 2011 MAY 27 AM 8:38 U.S. MARSHALS SERVICE HONOLULU, HI.

Sue Beitia, Clerk of Court
Name and Title of Issuing Officer

/s/ Sue Beitia by GS
Signature of Issuing Officer/Deputy Clerk

May 26, 2011
Date

AO 83 (Rev.06/09) Summons in a Criminal Case (Page 2)

Case No.     CR 11-00503 JMS

## PROOF OF SERVICE

This summons was received to me on *(date)* _____.

☐ I personally served the summons on this individual at *(place)* _____; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with _____ a person of suitable age and discretion who resides there, _____

☐ I delivered a copy of the summons to _____, who is authorized _____

_____ I mailed a copy to the individual's last known address; or the organization's last known address or principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare that under penalty of perjury _____

Date returned: _____     _____ *signature*

_____ *and title*

Remarks:

*[Attached: USPS Return Receipt (PS Form 3811) showing article addressed to Mahelani Ventura-Oliver, 1704 Wili Pa Loop, PMB 126, Wailuku, HI 96793; Certified Mail; Article Number 7008 3230 0002 1421 6427; signature "Jei Kau H"; printed name "Teri Kau Hai"; date of delivery 6/2/11. Also attached: USPS Certified Mail Receipt (PS Form 3800) — Sent To: M. Ventura-Oliver 06/01/11 11-00503.]*

2