FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Chief, Criminal Division

LAWRENCE L. TONG #3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Fax:  (808) 541-2958
E-Mail: Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 11-00503 JMS |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING DEFENDANT |
| | ) | MAHEALANI VENTURA-OLIVER'S |
| vs. | ) | MOTION TO CONTINUE TRIAL, |
| | ) | DECLARE CASE AS COMPLEX, |
| MAHEALANI VENTURA-OLIVER, (01) | ) | AND EXCLUDING TIME |
| JOHN D. OLIVER, (02) | ) | |
| PILIALOHA K. TEVES, (03) | ) | |
| LEATRICE LEHUA HOY, (04) | ) | |
| PETER HOY, | ) | |
|    aka "Petro Hoy," (05) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER GRANTING DEFENDANT MAHEALANI VENTURA-OLIVER'S MOTION
TO CONTINUE TRIAL, DECLARE CASE AS COMPLEX, AND EXCLUDE TIME

Defendant Mahealani Ventura-Oliver's motion to continue trial and declare case as complex came on for hearing on July 21, 2011.  Lawrence Tong appeared for the United States, Alexander

Silvert appeared for defendant Mahealani Ventura-Oliver, Jeffrey Arakaki appeared for defendant John Oliver, Richard Gronna appeared for defendant Pilialoha Teves, and Dana Ishibashi appeared for defendant Petro Hoy.  Mr. Ishibashi also appeared specially for Alvin Nishimura, who represents defendant Leatrice Lehua Hoy.  Defendant John Oliver was present, but the presence of all other defendants was waived.

The court notes that the indictment in this case charges conspiracy, mail fraud, money laundering and tax charges growing out of acts that took place over a period of years.  The charges grow out of the defendant's alleged usage of documents which the government contends are fictitious obligations.  The government has already produced approximately 60,000 pages of documentary evidence, and intends to produce additional materials in discovery.  The defendants have represented that they cannot review the discovery, investigate potential defenses, and ready the case for trial or other disposition by the present August 9, 2011 trial date.  Defense counsel further represented that they will not be ready to proceed to trial until January 18, 2012 at the earliest.  The court having considered the moving papers, and the arguments of counsel, and good cause appearing,

IT IS HEREBY ORDERED that defendant Mahealani Ventura-Oliver's motion be and is granted, and that the trial of this matter shall be continued from August 9, 2011 to January 18,

2012, before United States District Judge J. Michael Seabright. Defendants' motions shall be due on or before December 7, 2011, and the government's responses shall be due on or before December 21, 2011.  A final pretrial conference shall be held on December 19, 2011 at 10:00 a.m. before United States Magistrate Judge Kevin S.C. Chang.

       IT IS FURTHER ORDERED that the time from August 9, 2011 up to an including January 18, 2012 shall be deemed excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq., on the grounds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial.  The court finds that a failure to grant the requested continuance would unreasonably deny defendants continuity of counsel, and would deny counsel for the defendants and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The court further finds that this case is unusual and complex, due to the number of defendants, the nature of the prosecution, and the existence of novel questions of fact and law, such that it is unreasonable to expect adequate preparation for pretrial proceedings and the

trial itself with the time limits established by the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(B)(ii).

      IT IS SO ORDERED.

      DATED:  Honolulu, Hawaii, July 27, 2011.



                            _____
                            Kevin S.C. Chang
                            United States Magistrate Judge

UNITED STATES v. MAHEALANI VENTURA-OLIVER, et al.
CR. NO. 11-00503 JMS
Order Granting Defendant Mahealani Ventura-Oliver's Motion to Continue Trial, Declare Case as Complex, and Exclude Time