FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Chief, Criminal Division

LAWRENCE L. TONG #3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Fax:  (808) 541-2958
E-Mail: Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 01 2011

at____o'clock and____min.____M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 11-00503 JMS |
| | ) | |
| Plaintiff, | ) | SUPERSEDING INDICTMENT |
| | ) | |
| vs. | ) | 18 U.S.C. §§ 371, 1341, |
| | ) | 1957 and 287 |
| MAHEALANI VENTURA-OLIVER, (01) | ) | [Conspiracy, Mail Fraud, |
| JOHN D. OLIVER, (02) | ) | Money Laundering, and |
| PILIALOHA K. TEVES, (03) | ) | False Claims] |
| LEATRICE LEHUA HOY, (04) | ) | |
| PETER HOY, | ) | |
| aka "Petro Hoy," (05) | ) | |
| | ) | |
| Defendants. | ) | |

SUPERSEDING INDICTMENT

COUNT 1

The Grand Jury charges:

From a precise earlier date unknown to the Grand Jury,

but by February 2008, and continuing through on or about February

2011, in the District of Hawaii and elsewhere, MAHEALANI VENTURA-

OLIVER, JOHN D. OLIVER, PILIALOHA K. TEVES, LEATRICE LEHUA HOY, and PETER HOY, also known as "Petro Hoy," defendants herein, did knowingly and willfully conspire with each other and others, known and unknown to the Grand Jury, to commit violations against the United States, as follows:

1.    knowingly, with intent to defraud, to produce, publish and otherwise make, pass, utter, present and sell, false and fictitious instruments, documents, and other items appearing, representing, purporting and contriving through scheme and artifice to be financial instruments issued under the authority of the United States and the State of Hawaii, violations of Title 18, United States Code, section 514; and

2.    knowingly devising, and intending to devise, a scheme and artifice to defraud and to obtain money from other persons by means of materially false and fraudulent pretenses, representations and promises, as well as omissions of material facts, and for the purpose of executing said scheme and artifice, and attempting to do so, causing certain items to be delivered by United States mail, violations of Title 18, United States Code, section 1341.

<u>WAYS AND MEANS OF THE CONSPIRACY</u>

Defendants were associated with groups based in Maui known as the "Hawaiiloa Foundation," "Ko Hawaii Pae Aina," and "The Registry" (collectively "Hawaiiloa Foundation").  Hawaiiloa

Foundation conducted seminars on the island of Maui and elsewhere, offering to teach others about Hawaiian history and property rights.  Defendants also conducted private meetings with seminar participants, during which they marketed a debt assistance program which they claimed could eliminate mortgage, credit card and other debt.  In return for the payment of a "kokua," or fee of approximately $1,500 to $10,000, defendants promised to teach individuals how to use "bonds" and other legal documents to pay their debts by drawing on fictitious accounts purportedly established for each individual at his or her birth.

Defendants obtained information from their customers about their properties and debts, and prepared various "bonds," "bonded promissory notes" and "private money orders" which purported to be issued on their behalf under the authority of the United States Treasury or State of Hawaii.  Defendants thereafter caused the customers to send, via United States mail, such fictitious financial instruments to the United States Treasury, the Federal Reserve Bank, the State of Hawaii and their creditors, as a purported means of discharging their existing debts, and forestalling mortgage foreclosure and debt collection efforts.

OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof, the defendants committed various overt acts, including the following:

1.  On or about February 11, 2008, JOHN D. OLIVER signed a "Private Bond Order For Payment" for $300,000 made payable to Chase Home Finance, LLC.

2.  On or about February 11, 2008, MAHEALANI OLIVER signed a "Private Bond Order For Payment" for $300,000 made payable to Chase Home Finance, LLC.

3.  On or about February 11, 2008, PILIALOHA TEVES notarized the signatures of JOHN D. OLIVER and MAHEALANI OLIVER on a "Private Bond Order For Payment" for $300,000 made payable to Chase Home Finance, LLC.

4.  On or about February 11, 2008, JOHN D. OLIVER and MAHEALANI OLIVER sent a "Private Bond Order For Payment" to Chase Home Finance, LLC for purported payment of their loan.

5.  On or about June 11, 2008, MAHEALANI VENTURA-OLIVER notarized the signature of an individual whose initials are "G.A." on a "Bonded Promissory Note."

6.  On or about July 15, 2008, PILIALOHA TEVES wrote a receipt for the payment of $2,500 from an individual whose initials are "W.K."

7.   On or about August 12, 2008, MAHEALANI VENTURA-OLIVER wrote a check for $3,000 to PETER HOY.

8.   On or about October 1, 2008, LEATRICE LEHUA HOY wrote a receipt for the payment of $280 from an individual whose initials are "T.A."

9.   On or about October 2, 2008, LEATRICE LEHUA HOY wrote a receipt for the payment of $800 from an individual whose initials are "T.A."

10.   On or about October 9, 2008, LEATRICE LEHUA HOY wrote a receipt for the payment of $7,500 from an individual whose initials are "A.V."

11.   On or about October 21, 2008, PILIALOHA TEVES notarized the signature of an individual whose initials are "A.A." on a "Bonded Promissory Note."

12.   On or about October 24, 2008, JOHN D. OLIVER signed a "Private Offset Discharging And Indemnity Bond."

13.   On or about November 9, 2008, MAHEALANI VENTURA-OLIVER appeared at a Hawaiialoa Foundation seminar and spoke to the audience.

14.   On or about November 9, 2008, PETER HOY appeared at a Hawaiiloa Foundation seminar and spoke to the audience.

15.   On or about November 14, 2008, PILIALOHA TEVES notarized the signature of an individual whose initials are "A.V." on a "Bonded Promissory Note."

All in violation of Title 18, United States Code, section 371.

## COUNTS 2-16

The Grand Jury further charges:

From a precise earlier date unknown to the grand jury, but by March 2008, and continuing through on or about February 2011, in the District of Hawaii and elsewhere, MAHEALANI VENTURA-OLIVER, JOHN D. OLIVER, PILIALOHA K. TEVES, LEATRICE LEHUA HOY, and PETER HOY, also known as "Petro Hoy," defendants herein, did knowingly devise, and intend to devise, a scheme and artifice to defraud and to obtain money from others, by means of materially false and fraudulent pretenses, representations and promises, as well as omissions of material facts, well knowing at the time that such pretenses, representations, promises and omissions would be and were false when made.  Such false statements, representations, promises and omissions included the following:

A.  Defendants marketed a debt assistance program via the Internet, seminars, private meetings, and television and radio shows, during which they falsely promised that they could assist individuals eliminate their debts.  Defendants falsely stated that each individual had a "special reserve" with the United States Treasury which could be used to "zero out" his or her debts.

B.   Defendants falsely represented that they could create various documents, including "Bonded Promissory Notes," "Private Offset Discharging and Indemnity," and "Private Money Orders" which could be used to draw on an individual's special reserve to pay off debts.  Defendants falsely represented that such documents became effective if individuals sent them to the United States Treasury, the Federal Reserve Bank, the State of Hawaii and their creditors via the United States mail, and maintained the mailing receipts as proof of their receipt and validity.  Defendants also falsely represented that the individuals could stop paying their mortgages, property taxes and other debts, and rely on the documents provided by their program to cause the United States Treasury, the Federal Reserve Bank or the State of Hawaii to pay off their private debts.

C.   Defendants falsely represented that other documents which they prepared, including irrevocable trusts, deeds to trust, UCC financing statement amendments, satisfactions of liens, and declarations and verifications of payments, would protect against the collection of debt if filed with the State of Hawaii, Bureau of Conveyances.

D.   As a result of the foregoing materially false representations, promises and omissions of material facts, defendants obtained approximately $468,000 from individuals who

paid to participate in their program, and obtain and use the documents which they generated.

The Mailings

On or about the dates stated, in the District of Hawaii and elsewhere, MAHEALANI VENTURA-OLIVER, JOHN D. OLIVER, PILIALOHA K. TEVES, LEATRICE LEHUA HOY, and PETER HOY, also known as "Petro Hoy," defendants herein, for the purpose of executing the aforesaid scheme and artifice to defraud, and attempting to do so, did knowingly cause to be delivered by the United States mail according to the directions thereon, the following items, with each such mailing constituting a separate count of this indictment:

| COUNT | DATE | ITEM MAILED | ADDRESSEE |
|-------|------|-------------|-----------|
| 2 | 6/27/08 | "Private Offset Discharging And Indemnity Bond" for J.A. | 12th District Federal Reserve Bank |
| 3 | 6/27/08 | "Bonded Promissory Note" for G.A. | Washington Mutual Financial, Payoff Department |
| 4 | 6/27/08 | "Private Bond Order for Payment -- Negotiable" for M.V. and C.W. | Countrywide Home Loans, Pay Off Unit |
| 5 | 7/28/08 | "Bonded Promissory Note" for C.K. | 12th District Federal Reserve Bank |
| 6 | 7/28/08 | "Bonded Promissory Note" for M.S. | 12th District Federal Reserve Bank |

8

| COUNT | DATE | ITEM MAILED | ADDRESSEE |
|-------|------|-------------|-----------|
| 7 | 8/25/08 | "Bonded Promissory Note" for N.L. | 12th District Federal Reserve |
| 8 | 9/15/08 | "Bonded Promissory Note" for V.M. | 12th District Federal Reserve Bank |
| 9 | 9/21/08 | "Private Offset Discharging and Indemnity Bond" for D.L. | U.S. Department of Treasury |
| 10 | 9/23/08 | "Private Offset Discharging and Indemnity Bond" for M.V. | U.S. Department of Treasury |
| 11 | 10/1/08 (received) | "Bonded Promissory Note" for W.K. | 12th District Federal Reserve Bank |
| 12 | 10/15/08 | "Bonded Promissory Note" for B.A. | 12th District Federal Reserve Bank |
| 13 | 11/4/08 | "Bonded Promissory Note" for A.A. | 12th District Federal Reserve Bank |
| 14 | 11/19/08 | "Bonded Promissory Note" for A.V. | 12th District Federal Reserve Bank |
| 15 | 12/23/08 | "Bonded Promissory Note" for J.H. | 12th District Federal Reserve Bank |
| 16 | 2/20/09 | "Private Money Order" for credit to W.P. | 12th District Federal Reserve Bank |

All in violation of Title 18, United States Code, section 1341.

## COUNT 17

The Grand Jury further charges:

On or about November 21, 2008, in the District of Hawaii and elsewhere, MAHEALANI VENTURA-OLIVER and JOHN D. OLIVER, defendants herein, did knowingly engage in, and attempt to engage in, a monetary transaction, affecting interstate commerce, in criminally derived property of a value greater than $10,000, in that said MAHEALANI VENTURA-OLIVER and JOHN D. OLIVER did cause the transfer of $10,580.59 from the Maui County Employees Federal Credit Union to First Hawaiian Bank in Honolulu, Hawaii, with such property having been derived from a specified unlawful activity, namely, the conspiracy and wire fraud scheme alleged in counts 1-16 of this indictment.

In violation of Title 18, United States Code, Section 1957.

## COUNT 18

The Grand Jury further charges:

From a precise earlier date unknown to the Grand Jury, but by May 2008, and continuing through in or about May 2009, in the District of Hawaii and elsewhere, MAHEALANI VENTURA-OLIVER and JOHN D. OLIVER, defendants herein, did knowingly and willfully conspire with each other and others, known and unknown to the Grand Jury, to commit offenses against the United States, namely, to submit false, fictitious and fraudulent claims upon

the Internal Revenue Service ("IRS"), an agency of the United States, violations of Title 18, United States Code, section 287.

## WAYS AND MEANS OF THE CONSPIRACY

Defendants MAHEALANI VENTURA-OLIVER and JOHN D. OLIVER agreed to submit false IRS 1040 tax returns, on their own behalf and on behalf of others, seeking tax refunds to which they knew the filers were not entitled. As part of the submissions, defendants prepared documents including IRS Forms 1099-OID ("Original Issue Discount"), which falsely listed the amounts of debts as income, and the same amounts as federal income taxes withheld. Defendants also prepared IRS 1040-V payment vouchers which falsely listed the amounts of the debts as payments made to the IRS, and IRS Forms 56 "Notice Concerning Fiduciary Relationship," which falsely identified the Secretary of the United States Treasury as a fiduciary authorized to act on an individual's behalf. Defendants then prepared IRS Forms 1040 individual income tax returns, which falsely claimed tax refunds based on the same amounts stated in the 1099-OID forms.

## OVERT ACTS

In furtherance of the conspiracy, and to effect the objects thereof, MAHEALANI VENTURA-OLIVER and JOHN D. OLIVER committed various overt acts, including but not limited to the following:

11

1.   On or about May 15, 2008, JOHN D. OLIVER prepared IRS 1099-OID forms for debts which he had incurred.

2.   On or about May 15, 2008, JOHN D. OLIVER signed an individual tax return for calendar year 2008, claiming a refund of $9,686.02.

3.   On or about May 31, 2008, JOHN D. OLIVER prepared an IRS 1099-OID form for a debt which he owed to Chase Home Finance LLC.

4.   On or about May 31, 2008, JOHN D. OLIVER prepared an IRS 1040-V form, claiming payment of $266,900.46.

5.   On or about May 31, 2008, JOHN D. OLIVER signed an individual income tax return for calendar year 2008, claiming a refund of $266,900.46.

6.   On or about November 24, 2008, JOHN D. OLIVER signed an individual tax return for calendar year 2008, claiming a refund of $327,220.90.

7.   On or about September 26, 2008, JOHN D. OLIVER prepared a joint income tax return for calendar year 2007, on behalf of individuals whose initials are "J.B." and "J.B," seeking a refund of $159,806.71.

8.   On or about November 16, 2008, MAHEALANI VENTURA-OLIVER appeared at a Hawaiiloa Foundation seminar and introduced JOHN D. OLIVER as someone who assisted others with their taxes.

9.   On or about November 16, 2008, JOHN D. OLIVER prepared an individual income tax return for calendar year 2007 on behalf of an individual whose initials are "J.M." and "K.M.," seeking a refund of $61,452.97.

10.   On about November 25, 2008, JOHN D. OLIVER prepared an individual income tax return for calendar year 2007, on behalf of an individual whose initials are "M.S," seeking a refund of $659,420.36.

11.   On or about December 3, 2008, JOHN D. OLIVER signed a joint income tax return for calendar year 2006, claiming a refund of $20,465.22.

12.   On or about December 3, 2008, MAHEALANI VENTURA-OLIVER signed a joint income tax return for calendar year 2006, claiming a refund of $20,465.22.

All in violation of Title 18, United States Code, Section 371.

COUNT 19

The Grand Jury further charges:

On or about May 15, 2008, in the District of Hawaii and elsewhere, JOHN D. OLIVER, defendant herein, did knowingly make and present, and cause to be made and presented, to the Internal Revenue Service, an agency of the United States, a claim for an income tax refund of $9,686.02, with defendant JOHN D. OLIVER then knowing that such claim was false, fictitious and fraudulent

because it falsely reported that said defendant had received income of $9,686.02 from Forms 1099-OID, Original Issue Discount, and falsely reported that he had $9,686.02 in federal income tax withholdings.

In violation of Title 18, United States Code, section 287.

### COUNT 20

The Grand Jury further charges:

On or about May 31, 2008, in the District of Hawaii and elsewhere, JOHN D. OLIVER, defendant herein, did knowingly make and present, and cause to be made and presented, to the Internal Revenue Service, an agency of the United States, a claim for an income tax refund of $266,900.46, with defendant JOHN D. OLIVER then knowing that such claim was false, fictitious and fraudulent because it falsely reported that said defendant had received income of $266,900.46 from Forms 1099-OID, Original Issue Discount, and falsely reported that he had $266,900.46 in federal income tax withholdings.

In violation of Title 18, United States Code, section 287.

### COUNT 21

The Grand Jury further charges:

On or about November 24, 2008, in the District of Hawaii and elsewhere, JOHN D. OLIVER, defendant herein, did

knowingly make and present, and cause to be made and presented, to the Internal Revenue Service, an agency of the United States, a claim for an income tax refund of $327,220.90, with defendant JOHN D. OLIVER then knowing that such claim was false, fictitious and fraudulent because it falsely reported that said defendant had received income of $327,220.90 from Forms 1099-OID, Original Issue Discount, and falsely reported that he had $327,220.90 in federal income tax withholdings.

In violation of Title 18, United States Code, section 287.

## COUNT 22

The Grand Jury further charges:

On or about September 26, 2008, in the District of Hawaii and elsewhere, JOHN D. OLIVER, defendant herein, did knowingly make and present, and cause to be made and presented, to the Internal Revenue Service, an agency of the United States, a claim for an income tax refund of $159,806.71 from individuals whose initials are "J.B." and "J.B.," with defendant JOHN D. OLIVER then knowing that such claim was false, fictitious and fraudulent because it falsely reported that said individuals had received income of $159,806.71 from Forms 1099-OID, Original Issue Discount, and falsely reported that they had $159,806.71 in federal income tax withholdings.

In violation of Title 18, United States Code, sections 287 and 2.

COUNT 23

The Grand Jury further charges:

On or about November 16, 2008, in the District of Hawaii and elsewhere, JOHN D. OLIVER, defendant herein, did knowingly make and present, and cause to be made and presented, to the Internal Revenue Service, an agency of the United States, a claim for an income tax refund of $61,452.97 from individuals whose initials are "J.M." and "K.M.," with defendant JOHN D. OLIVER then knowing that such claim was false, fictitious and fraudulent because it falsely reported that said individuals had received income of $61,452.97 from Forms 1099-OID, Original Issue Discount, and falsely reported that they had $61,452.97 in federal income tax withholdings.

In violation of Title 18, United States Code, sections 287 and 2.

COUNT 24

The Grand Jury further charges:

On or about November 25, 2008, in the District of Hawaii and elsewhere, JOHN D. OLIVER, defendant herein, did knowingly make and present, and cause to be made and presented, to the Internal Revenue Service, an agency of the United States, a claim for an income tax refund of $659,420.36 from an

individual whose initials are "M.S.," with defendant JOHN D.
OLIVER then knowing that such claim was false, fictitious and
fraudulent because it falsely reported that said individual had
received income of $659,420.36 from Forms 1099-OID, Original
Issue Discount, and falsely reported that M.S. had $659,420.36 in
federal income tax withholdings.

In violation of Title 18, United States Code, section
287.

COUNT 25

The Grand Jury further charges:

On or about December 3, 2008, in the District of Hawaii
and elsewhere, MAHEALANI VENTURA-OLIVER and JOHN D. OLIVER,
defendants herein, did knowingly make and present, and cause to
be made and presented, to the Internal Revenue Service, an
agency of the United States, a claim for an income tax refund of
$20,465.22, with defendants MAHEALANI VENTURA-OLIVER and JOHN D.
OLIVER then knowing that such claim was false, fictitious and
fraudulent because it falsely reported that said defendants had
received income of $20,465.22 from Forms 1099-OID, Original Issue
Discount, and falsely reported that they had $20,465.22 in
federal income tax withholdings.

In violation of Title 18, United States Code, section
287.

17

## FORFEITURE ALLEGATIONS

A.    Upon conviction of one or more of the offenses in violation of Title 18, United States Code, section 1341, as alleged in Counts 1-16 of this Superseding Indictment, MAHEALANI VENTURA-OLIVER, JOHN D. OLIVER, PILIALOHA K. TEVES, LEATRICE LEHUA HOY, and PETER HOY, also known as "Petro Hoy," defendants herein, shall forfeit to the United States, pursuant to Title 18, United States Code, section 981(a)(1)(C) and Title 28, United States Code, section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to such offenses.  The property to be forfeited includes, but is not limited to, the following:

1.    A sum of money equal to $468,000, which represents the approximate amount of proceeds obtained as a result of the mail fraud scheme alleged in Counts 1-16 of this Superseding Indictment;

2.    $7,807.79 seized on April 7, 2009, from Maui County Federal Credit Union ("MCFCU") Account Number xxxxxx01-01 held in the name of Hawaiiloa Foundation c/o MAHEALANI VENTURA-OLIVER and JOHN D. OLIVER;

3.    $4,958.15 seized on April 7, 2009, from MCFCU Account Number xxxxxx01-75 held in the name of Hawaiiloa Foundation c/o MAHEALANI VENTURA-OLIVER and JOHN D. OLIVER;

4.    $692.88 seized on April 7, 2009, from MCFCU Account Number xxxxxx03-01 held in the name of MAHEALANI VENTURA-OLIVER;

5.    $182.96 seized on April 7, 2009, from MCFCU Account Number xxxxxx03-75 held in the name of MAHEALANI VENTURA-OLIVER;

6.   $788.65 seized on April 7, 2009, from MCFCU
     Account Number xxxxxx01-01 held in the name of
     JOHN D. OLIVER TRUST c/o JOHN D. OLIVER;

7.   $2,748.84 seized on April 7, 2009, from Hawaii
     National Bank Account Number xxxx9424 held in the
     name of PILIALOHA K. TEVES TRUST c/o PILIALOHA K.
     TEVES and an individual whose initials are K.K.T.;

8.   $1,509.43 seized on April 7, 2009, from Hawaii
     National Bank Account Number xxxxxx7653 held in
     the name of PILIALOHA K. TEVES TRUST c/o PILIALOHA
     K. TEVES and an individual whose initials are
     K.K.T.;

9.   $14,679.30 seized on April 7, 2009, from First
     Hawaiian Bank Account Number xxxx5438 held in the
     name of PETRO T. HOY TRUST c/o PETRO T. HOY;

10.  $43,300.00 in United States currency seized on
     April 7, 2009, from JOHN D. OLIVER and MAHEALANI
     VENTURA-OLIVER;

11.  $40,689.00 in United States currency voluntarily
     surrendered on April 30, 2009, by LEATRICE LEHUA
     HOY and PETER HOY;

12.  A cream 2005 Toyota Tacoma pickup truck bearing
     Hawaii license plate number MNA-551 and vehicle
     identification number 5TETX22N15Z071504, and
     registered to JOHN D. OLIVER, which was seized on
     April 7, 2009, from JOHN D. OLIVER;

13.  A silver 2006 Toyota Tacoma pickup truck bearing
     Hawaii license plate number 646-MDC and vehicle
     identification number 5TENX62N76Z246033, and
     registered to JOHN D. OLIVER and an individual
     whose initials are I.K.A.C., which was seized on
     April 7, 2009, from JOHN D. OLIVER; and

14.  Assorted gold and silver collectible coins which
     were voluntarily surrendered on April 30, 2009, by
     LEATRICE LEHUA HOY and PETER HOY.

B.   Upon conviction of the offense in violation of

Title 18, United States Code, section 1957, as alleged in Count

19

17 of this Superseding Indictment, MAHEALANI VENTURA-OLIVER and

JOHN D. OLIVER, defendants herein, shall forfeit to the United

States, pursuant to Title 18, United States Code, section

982(a)(1), any property, real or personal, involved in such

offense, and any property traceable to such property.  The

property to be forfeited includes, but is not limited to, the

following:

>A sum of money equal to $10,580.59, which
>represents the amount of money involved in
>the money laundering offense alleged in Count
>17 of this Superseding Indictment.

>C.    If any of the property described above, as a

result of any act or omission of the defendants --

>1.    cannot be located upon the exercise of due
>diligence;

>2.    has been transferred or sold to, or deposited
>with, a third person;

>3.    has been placed beyond the jurisdiction of the
>court;

>4.    has been substantially diminished in value; or

>5.    has been commingled with other property which
>cannot be subdivided without difficulty;

the United States of America shall be entitled to the forfeiture

of substitute property, pursuant to Title 21, United States Code,

section 853(p), as incorporated by Title 18, United States Code,

section 982(b)(1) and Title 28, United States Code, section

2461(c).

DATED: September 1, 2011, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson, Grand Jury

_____

Foreperson, Grand Jury

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

_____
LESLIE E. OSBORNE, JR.
Chief, Criminal Division

_____
LAWRENCE L. TONG
Assistant U.S. Attorney

United States v. Mahealani Ventura-Oliver, et al.
"Superseding Indictment"
Cr. No. 11-00503JMS