AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 11-00503 JMS-01 |￼
| MAHEALANI VENTURA-OLIVER<br>(Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number)<br><br>Before: Kevin S. C. Chang, United States Magistrate Judge | Room<br>AS DESIGNATED<br><br>Date and Time<br>September 7, 2011 at 2:00 p.m. |

To Answer a(n) Superceding Indictment

Charging you with a violation of Title 18 United States Code, Section(s) 371; 18:1341; 18:1957; 18:287.

Brief description of offense:
Count 1: Conspiracy to defraud the United States
Counts 2-16: Mail fraud
Count 17: Money laundering
Count 18: Conspiracy to submit false, fictitious and fraudulent claims upon the Internal Revenue Service
Count 25: Presenting false, fictitious and fraudulent claim to the Internal Revenue Service

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 09 2011
at 8 o'clock and 20 min. A M.
SUE BEITIA, CLERK

U.S. MARSHALS SERVICE HONOLULU, HI
2011 SEP -2 AM 9:43
RECEIVED

Sue Beitia, Clerk of Court
Name and Title of Issuing Officer

/s/ Sue Beitia by ET
Signature of Issuing Officer/Deputy Clerk

September 1, 2011
Date

Case No.     CR 11-00503 JMS-01; USA VS. VENTURA-OLIVER

## PROOF OF SERVICE

This summons was received to me on (date) _____.

☐ I personally served the summons on this individual at (place) _____; or

☐ On (date) _____ I left the summons at the individual's usual place of abode with _____, a person of suitable age and discretion who resides there, and mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to _____, who is authorized to receive service of process on behalf of (name of organization) _____ on (date) _____, and I mailed a copy to the organization's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____.

I declare that under penalty of perjury that this information is true.

Date returned: _____

_____
Server's signature

_____
Printed name and title

Remarks:

**Certified mail receipt / return receipt card:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mahealani Ventura-Oliver
   584 Haiki Place
   Wailuku, HI  96793

COMPLETE THIS SECTION ON DELIVERY

A. Signature  X _____ ☒ Agent  ☐ Addressee
B. Received by (Printed Name): [illegible] Legal
C. Date of Delivery: 9-3-11
D. Is delivery address different from item 1? ☐ Yes  ☒ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7008 3230 0002 1421 5710

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 6.87
Postmark Here

Sent To: M. Ventura-Oliver 09/02/11 11-00503-01
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006    See Reverse for Instructions