PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

SHANLYN A. S. PARK #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     shanlyn_park@fd.org

Attorney for Defendant
MAHEALANI VENTURA-OLIVER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 11-00503 JMS |
| | ) |
| Plaintiff, | ) MOTION REQUESTING |
| | ) PERMISSION TO TRAVEL; |
| vs. | ) DECLARATION OF COUNSEL; |
| | ) CERTIFICATE OF SERVICE |
| MAHEALANI VENTURA-OLIVER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**MOTION REQUESTING PERMISSION TO TRAVEL**

Defendant MAHEALANI VENTURA-OLIVER, by and through

counsel, SHANLYN A.S. PARK, Assistant Federal Defender, respectfully

requests permission from this Court to travel to New York to attend the 11th

Session of the UN Permanent Forum of Indigenous Issues, as well as to attend an event for the Sea Shepherd 35th Anniversary.

This motion is based upon the attached Declaration of Counsel and any evidence at a hearing on this motion.

DATED: Honolulu, Hawaii, April 18, 2012.

    /s/ Shanlyn A.S. Park
SHANLYN A.S. PARK
Attorney for Defendant
MAHEALANI VENTURA-OLIVER