PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

SHANLYN A. S. PARK #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:   (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:   shanlyn_park@fd.org

Attorney for Defendant
MAHEALANI VENTURA-OLIVER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 11-00503 JMS |
|---|---|
| Plaintiff, | ) DEFENDANT'S MOTION FOR |
| | ) WITHDRAWAL AND |
| vs. | ) SUBSTITUTION OF COUNSEL; |
| | ) DECLARATION OF COUNSEL; |
| MAHEALANI VENTURA-OLIVER, | ) CERTIFICATE OF SERVICE |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR**
**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

COMES NOW counsel, SHANLYN A.S. PARK, Assistant Federal

Defender, and moves this Honorable Court to allow the Office of the Federal

Public Defender to withdraw as counsel for Defendant MAHEALANI

VENTURA-OLIVER and for the appointment of a CJA panel attorney for the reason that there is a breakdown of the attorney-client relationship, as set forth in the attached Declaration of Counsel.

DATED: Honolulu, Hawaii, November 15, 2012.

      /s/ Shanlyn A. S. Park
SHANLYN A.S. PARK
Attorney for Defendant
MAHEALANI VENTURA-OLIVER

## CERTIFICATE OF SERVICE

I, SHANLYN A.S. PARK, hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address on November 15, 2012:

<u>Served Electronically through CM/ECF</u>:

LAWRENCE L. TONG
Assistant United States Attorney
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96850

Attorney for Plaintiff
UNITED STATES OF AMERICA


DATED:  Honolulu, Hawaii, November 15, 2012.

                                                  /s/ Shanlyn A. S. Park
                                                SHANLYN A.S. PARK
                                                Attorney for Defendant
                                                MAHEALANI VENTURA-OLIVER