IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 11-00503 JMS |
| ) | |
| Plaintiff, ) | DECLARATION OF COUNSEL |
| ) | |
| vs. ) | |
| ) | |
| MAHEALANI VENTURA-OLIVER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## DECLARATION OF COUNSEL

I, SHANLYN A.S. PARK, hereby declare as follows:

1. I am counsel for Defendant MAHEALANI VENTURA-OLIVER, having been appointed pursuant to the Criminal Justice Act.

2. There has been a breakdown of the attorney-client relationship. Counsel is prepared to detail the breakdown to the Court *in camera*, ex-parte, at the time of the hearing.

3. New counsel should be appointed from the CJA panel since Ms. Ventura-Oliver's financial status has not changed.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED:  Honolulu, Hawaii, November 15, 2012.

    /s/ Shanlyn A. S. Park
SHANLYN A.S. PARK
Attorney for Defendant
MAHEALANI VENTURA-OLIVER

In the United States District Court for the District of Hawaii.
United States v. Ventura-Oliver, Cr. No. 11-00503 JMS