# MINUTES

| | | | |
|---|---|---|---|
| CASE NUMBER: | CR11-00503JMS | | |
| CASE NAME: | USA v. (01) Mahealani Ventura-Oliver | | |
| ATTYS FOR PLA: | Lawrence Tong | | |
| ATTYS FOR DEFT: | (01) Shanlyn Park | | |
| INTERPRETER: | | | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 11/21/2012 | TIME: | 10:40-10:41:12am |
| | | | **10:41:12-10:50:34am SEALED HEARING** |
| | | | 10:50:34-10:56am |

COURT ACTION:  EP:  Defendant (01) Mahealani Ventura-Oliver's Motion for Withdrawal and Substitution of Counsel [142] - defendant present, by phone and not in custody.

Mr. Tong and members in the audience excused from the courtroom.

**Ms. Park and Defendant Ventura-Oliver address the Court.  The portion of the record from 10:41:12am through 10:50:34am is hereby sealed.**

Mr. Tong returns to the courtroom.  Government opposes the motion.

Over Government's objection, Motion granted and terminated.  Court to appoint CJA counsel.  Ms. Park to prepare the Order.

Submitted by: Shari Afuso, Courtroom Manager