FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

LAWRENCE L. TONG #3040
MICHAEL D. NAMMAR
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:    Larry.Tong@usdoj.gov
           Michael.D.Nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 11-00503 JMS |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S WITNESS LIST; |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| MAHEALANI VENTURA-OLIVER, (01) | ) | |
| PILIALOHA K. TEVES,      (03) | ) | TRIAL:  October 1, 2013 |
| | ) | JUDGE:  J. Michael Seabright |
| Defendants. | ) | |
| | ) | |

GOVERNMENT'S WITNESS LIST

The United States submits its witness list as follows:

    1.  AGBANNAOAG, Jerry

    2.  AGBANNAOAG, Merlita

    3.  AINA, Guy

4. ALMEIDA, Michelle or United States Postal Representative

5. ANDAYA, Estrellita

6. ANDAYA, Tanya

7. CARTER, Steven

8. CHA, Andrew

9. DOUGAN, Malia

10. HELEKAHI, Aileen

11. HOM, Edgar, or C/R, California Numismatics

12. HOY, Leatrice Lehua

13. JOHNSON, Matthew

14. KANAELE, Charlotte

15. KANAELE, Jocelyn

16. KANESHIRO, Anne

17. KANESHIRO, Wayne

18. KONG, Cecilia A.

19. LANE, Noreen

20. LEACH, Keely or C/R, JP Morgan Bank & Affiliates

21. LONO, Francisca

22. LOZANO (nee Soares), Marnel

23. McDONALD, Matthew

24. MORGAN, Kristy

25. MORIKI, Brian or C/R, First Hawaiian Bank

26. OLIVER, John

27. PEEULA, Iris

28. RUDOW, Joel D.

29. SAITO, Russ or representative of State of Hawaii Office of Comptroller

30. SAKAMOTO, Myron or C/R, Maui Federal Credit Union

31. SHIMATSU, Gilbert, or C/R, Hawaii National Bank

32. TERUYA, Scott or C/R, Maui County Real Property Taxes Division

33. THOMPSON, Nicki Ann, or C/R State of Hawaii Bureau of Conveyances

34. TOMONAGA, Greg

35. TORINO (nee Mannoia), Lorelei

36. VALOIS, Cynthia

37. VALOIS, Melyvn

38. VISTA, Gina

39. WESTEN, Christopher

40. WHEELER, Jim or C/R, Kitagawa Motors dba Island Auto Center

41. YAMASHIRO, Gary or C/R, Central Pacific Bank

The government reserves the right to call any witnesses named or disclosed by the defendants, and any witnesses who may become necessary by way or rebuttal or impeachment.

DATED:  September 23, 2013, at Honolulu, Hawaii.

Respectfully submitted,

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii


/S/ Lawrence L. Tong
By_____
LAWRENCE L. TONG
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

RUSTAM BARBEE, ESQ.                 September 23, 2013
rustam@honoluluattorney.com
Attorney for Defendant
MAHEALANI VENTURA-OLIVER (01)

RICHARD D. GRONNA, ESQ.             September 23, 2013
rgronna@hawaii-personal-injury.com
Attorney for Defendant
PILIALOHA K. TEVES (03)

DATED:  September 23, 2013, at Honolulu, Hawaii.

/s/ Iris Nagao
_____
Iris Nagao