FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

LAWRENCE L. TONG #3040
MICHAEL D. NAMMAR
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:   Larry.Tong@usdoj.gov
          Michael.D.Nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 11-00503 JMS |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S EXHIBIT LIST; |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| MAHEALANI VENTURA-OLIVER, (01) | ) | |
| PILIALOHA K. TEVES,    (03) | ) | TRIAL:  October 1, 2013 |
| | ) | JUDGE:  J. Michael Seabright |
| Defendants. | ) | |
| | ) | |


GOVERNMENT'S EXHIBIT LIST


        The United States hereby submits its exhibit list,

attached hereto, in the above-captioned matter.  The United

States reserves the right to amend its exhibit list to include

any and all items which may be relevant to this case and have

been referenced in the discovery that has already been provided

to the defendants.

              DATED:  September 27, 2013, at Honolulu, Hawaii.

                                  Respectfully submitted,

                                  FLORENCE T. NAKAKUNI
                                  United States Attorney
                                  District of Hawaii

                                    /s/Michael D. Nammar
                        By_____
                          LAWRENCE L. TONG
                          MICHAEL D. NAMMAR
                          Assistant U.S. Attorneys

                        Attorneys for Plaintiff
                        UNITED STATES OF AMERICA

| EXH. | IDENT. | ADMITTED | DESCRIPTION | BATES NO. |
|------|--------|----------|-------------|-----------|
| 1 | | | 01/02/07 Letter from Chase Home Finance LLC | 58426 |
| 1A | | | 02/09/08 Letter to Chase Home Finance LLC from KHK | 4279 |
| 1B | | | 02/09/08 Private Bond Order for Payment - Non-Negotiable for John D Oliver, Mahealani V Oliver | 12040, 4281 |
| 1C | | | 05/02/08 Letter Chase Home Finance LLC | 4116-4117 |
| 1D | | | 10/24/08 Private Offset Dishcarging and Indemnity Bond for John David Oliver and Mahealani Ventura-Oliver | 7678-7686 |
| 1E | | | 06/14/08 Bonded Promissory Note by Pilialoha Teves | 755 |
| 1F | | | HLF consult sheet | 38459 |
| 1G | | | Green Card Instructions; This is What You Need to Do for Us | 54291; 54398 |
| 1H | | | PS Form 3800 US Postal Service Certified Mail Receipt | none |
| 1-I | | | PS Form 3811 Domestic Return Receipt | none |
| 1J | | | 08/12/08 Hawaiiloa Foundation check #146 | 3424 |
| 1K | | | 11/17/08 Ka Paepae Loa O Hawaiiloa - Declaration of Non Responsibility, Truth and Verified Facts | 45306 |
| 1L | | | Photo of Cameron Center | none |
| 1M | | | Photo of Suda Building 310 Hookahi St sign and building | none |
| 1N | | | Photo of Suda Building 310 Hookahi St - right side | none |
| 1-O | | | Photo of Suda Building 310 Hookahi St - Left side | none |

| EXH. | IDENT. | ADMITTED | DESCRIPTION | BATES NO. |
|---|---|---|---|---|
| 1P | | | Photo of wooden door leading to 310 Hookahi St Suite 201 | none |
| 1Q | | | Photo of Pilialoha Teves walking across parking lot of 310 Hookahi St | none |
| 1R | | | Photo of Lehua Hoy walking across parking lot of 310 Hookahi St | none |
| 1S | | | Photo of Lehua Hoy putting bags in dumpster in parking lot of 310 Hookahi St | none |
| 1T | | | 11/09/08 Video CD | none |
| 1U | | | 11/16/08 Video CD | None |
| | | | | |
| 2 | | | 06/18/2008 Private Offset Discharging and Indemnity Bond for Jerry Agbannaoag | 22880-22888 |
| 2A | | | 06/27/08 PS Form 3806 #332251255 to Twelfth District Federal Reserve Bank | 35351 |
| 2B | | | 06/11/08 Merlita Agbannaoag ck 804 to Hawaii Loa Foundation | 3062 |
| 2C | | | 06/21/08 Merlita Agbannaoag ck 812 to Hawaii Loa Foundation | 3068 |
| 2D | | | 09/28/08 Merlita Agbannaoag ck 1434  to Hawaii Loa Foundation | 3164 |
| 2E | | | 11/06/08 Merlita Agbannaoag ck 1456 to Hawaii Loa Foundation | 3269 |
| 2F | | | 06/18/08 Bonded Promissory Note tendered by Jerry Agbannaoag for Countrywide loan #101016043 in the amount of $1,000,000.00 | 35355 |
| 2G | | | 06/18/08 Bonded Promisorry Note tendered by Jerry Agbannaoag for Countrywide loan #1010106035 in the amount of $1,000,000.00 | 35354 |

| EXH. | IDENT. | ADMITTED | DESCRIPTION | BATES NO. |
|------|--------|----------|-------------|-----------|
| 2H | | | 06/18/08 Bonded Promissory Note tendered by Jerry Agbannaoag for Countrywide loan #119358324 in the amount of $1,000,000.00 | 35356 |
| 2I | | | 06/18/08 Bonded Promissory Note tendered by Jerry Agbannaoag for Indymac loan #1005299332 in the amount of $1,000,000.00 | 35357 |
| 2J | | | Form UCC1 for Jerry & Merlita Agbannaoag | 19898-19899 |
| 2K | | | 06/18/08 Notice of Acceptance and Taking for Value by Jerry B. Agbannaoag | 19903 |
| 2L | | | 06/18/08 Notice of Acceptance and Taking for Value by Merlita T. Agbannaoag | 19904 |
| 2M | | | 09/14/08 Declaration of: Jerry B. Abgannaoag, Trustee in Verfication of Payment Tendered | 55306-55307 |
| 2N | | | 06/18/08 Declaration of Trust for Jerry & Merlita Agbannaoag Trust | 55317-55325 |
| | | | | |
| 3 | | | 06/18/08 Bonded Promissory Note tendered by Guy Aina | 22890 |
| 3A | | | 06/27/08 PS Forms 3800 & 3811 #7006 3450 0000 3581 7258 to Washington Mutual | 54202 |
| 3B | | | 06/11/08 Private Offset Dishcarging and Indemnity Bond for Guy Aina | 22891-22899 |
| 3C | | | 06/11/08 Deed into Trust by Guy and Rolene Aina | 54178-54187 |
| 3D | | | Form UCC3 for Hamoa Trust | 54209 |
| 3E | | | 06/11/08 Notice of Acceptance and Taking for Value for Guy Aina | 54210-54212 |
| 3F | | | 10/08/08 Invoice: 100808-GA | 35374-35375 |

| EXH. | IDENT. | ADMITTED | DESCRIPTION | BATES NO. |
|------|--------|----------|-------------|-----------|
| | | | | |
| 4 | | | 05/06/08 Private Bond Order for Payment-Negotiable for Myra Villa/Christopher Westen | 54121-54122 |
| 4A | | | 06/27/08 USPS Track & Confirm RA332 250 864US to Countrywide | 54125;54127; 54097 |
| 4B | | | 05/09/08 Declaration of Trust by Myra Villa and Christopher Westen | 54075-54088 |
| 4C | | | 05/09/08 Transfer of Trust by Myra Villa and Christopher Westen | 54089-54093 |
| 4D | | | 05/06/08 Certified Proof of Funds by Myra Villa and Christopher Westen | 54123 |
| 4E | | | 05/09/08 Quitclaim Deed by Florentino & Melendrina Villa, Myra Villa and Christopher Westen | 54112-54114 |
| 4F | | | Form UCC3 for The Villa Westen Family Trust | 54115-54116 |
| 4G | | | 09/04/08 Declaration of Christopher Westen in Verification of Payment Tendered | 54119 |
| 4H | | | 08/20/08 Letter from County of Maui Real Property Tax Division Letter; 08/18/08 & 09/09/08 letters to County of Maui Real Property Tax Division | 58535-58537 |
| | | | | |
| 5 | | | 07/14/08 Bonded Promissory Note by Charlotte Kanaele | 37537 |
| 5A | | | 07/28/08 PS Forms 3800 & 3811 7007 2560 0002 6819 6500 to 12th District Fed RB of SF | 37545; 45222 |
| 5B | | | 05/21/08 Charlotte Kanaele ck 3170 to Hawaiiloa Foundation "BLT Kokua" | 3545 |

| EXH. | IDENT. | ADMITTED | DESCRIPTION | BATES NO. |
|------|--------|----------|-------------|-----------|
| 5C | | | 10/10/08 Charlotte Kanaele ck 519 to Hawaii Loa Foundation "Notary Present | 3193 |
| 5D | | | 07/14/08 Bonded Promissory Note by Charlotte Kanaele | 37501 |
| 5E | | | 07/14/08 Notice of Acceptance and Taking for Value by Charlotte Kanaele | 37504 |
| 5F | | | 07/14/08 Letter to County of Maui Real Property Tax Department by Charlotte Kanaele | 37557 |
| 5G | | | 07/14/08 Declaration of Trust by Charlotte Kanaele | 25825-25839 |
| 5H | | | 07/14/08 Deed to Trust by Charlotte Kanaele | 25840-25843 |
| 5I | | | Forms UCC1 & UCC3 by Charlotte Kanaele | 37502-37503; 45239 |
| 5J | | | 10/10/08 Due Presentment Under Notary Seal by Charlotte Kanaele | 37535 |
| 5K | | | 10/24/08 Bonded Promissory Note by Charlotte Kanaele | 45235 |
| 5L | | | 10/28/08 Certificate of Service of Bond & Bonded Promissory Note from Charlotte Kanaele | 37565 |
| 5M | | | 2008 Forms 1040-V, 1099-OID, 1096 & 56F for Charlotte Kanaele | 45228-45231 |
| 5N | | | HLF Ohana Inoa intake sheet for Kanaele | 37513 |
| 5-O | | | 07/24/08 Letters to Maui County Real Property Tax | 58510-58511 |
| | | | | |
| 6 | | | 07/22/08 Bonded Promissory Note by Marnel Soares | 45395 |
| 6A | | | PS Forms 3800 & 3811 #7007 2560 0002 6825 2633 to 12th Dist Fed RB of SF; USPS Track & Confirm printout | 45423;45415; 45407 |

5

| EXH. | IDENT. | ADMITTED | DESCRIPTION | BATES NO. |
|------|--------|----------|-------------|-----------|
| 6B | | | Doreen Pai ck to Hawaii Loa Foundation | 3547 |
| 6C | | | 07/22/08 Contract and Declaration of the Marnel Soares IT | 45448-45461 |
| 6D | | | 07/22/08 Deed to Trust by Marnel Soares | 45438-45441 |
| 6E | | | 07/22/08 Notice of Acceptance and Taking for Value by Marnel Soares; Memorandum to Affidavit | 45444-45446 |
| 6F | | | 09/09/2008 Declaration of Marnel Soares in Verfication of Payment Tendered | 54033;54046 |
| 6G | | | 08/13/08 Marnel Soares ck 1274 to Hawaii loa Foundation | 3593 |
| 6H | | | 08/27/08 Robert Lozano ck 267 to Hawaiiloa Foundation | 3583 |
| 6I | | | 09/26/08 Robert Lozano ck 276 to Hawaii loa Foundation | 3166 |
| 6J | | | 10/27/08 Marnel Soares ck 1290 to Hawaiiloa Foundation | 3231 |
| 6K | | | 11/25/08 Marnel Soares ck 1299 to Hawaiiloa Foundation | 3304 |
| 6L | | | 11/28/08 Marnel Soares ck 1300 to Hawaii Loa Foundation | 3307 |
| 6M | | | 11/19/08 DC-Civil 08-1-1486 Federal National Mortgage Association v Marnel Soares Notice of Estoppel | 45382-45383 |
| 6N | | | 11/24/08 Form 56 by Marnel Soares | 54549; 54551 |
| 6-O | | | 11/25/08 DC-Civil 08-1-1486 Federal National Mortgage Association v Marnel Soares 2nd Notice of Estoppel | 45384 |

| EXH. | IDENT. | ADMITTED | DESCRIPTION | BATES NO. |
|------|--------|----------|-------------|-----------|
| 6P | | | 11/28/08 DC-Civil 08-1-1486 Federal National Mortgage Association v Marnel Soares 3rd Notice of Estoppel | 45386-45387 |
| 6Q | | | 11/25/08 Form 1040 for Marnel Soares refund: $659,420.36 and envelope | 56958-56959; 56968 |
| 6R | | | 2008  Form 56; Form 1096; Forms 1099-OID; Form 1040-V for Marnel Soares | 56960-56967; 54552 |
| | | | | |
| 7 | | | 08/07/08 Bonded Promissory Note for Noreen Lane | 47509 |
| 7A | | | 08/25/08 PS Forms 3811/3800  and Track/Confirm 7007 2560 0002 6819 6005 to 12th District Federal Reserve Bank of San Francisco | 47671; 23649; 58846 |
| 7B | | | 08/07/08 Declaration of Trust by Noreen Lane and Lynne Sakugawa | 47476;47480-47493 |
| 7C | | | 08/07/08 Deed to Trust by Noreen Lane and Lynne Sakugawa | 47500;47502-47504 |
| 7D | | | 08/07/08 Notice of Acceptance, Rescission, Revocation & Appointment of Trustee by Noreen Lane | 47497 |
| 7E | | | 08/07/08 Notice of Acceptance, Rescission, Revocation & Appointment of Trustee by Lynne Sakugawa | 47498 |
| 7F | | | 08/07/08 Private Promissory Note by Noreen Lane and Lynne Sakugawa | 47468-47469 |
| 7G | | | 06/03/08 ck 7244 to Cash | 3044 |
| 7H | | | 09/07/08 ck 7280 to Hawaiiloa Foundation | 3577 |
| 7I | | | 10/07/08 Forms 1096 and 56-F by Noreen Lane | 47666; 47516 |

7

| EXH. | IDENT. | ADMITTED | DESCRIPTION | BATES NO. |
|------|--------|----------|-------------|-----------|
| 7J | | | 10/13/08 Letter from State of Hawaii DAGS | 47642 |
| 7K | | | 10/16/08 Letter from State of Hawaii DAGS | 47643 |
| 7L | | | 10/24/08 Letter from State of Hawaii DAGS | 47648 |
| 7M | | | 12/05/08 Letter from State of Hawaii DAGS | 47649 |
| 7N | | | 11/14/08 Declaration of Noreen Lane in Verfication of Payment Tendered | 47512 |
| 7-O | | | 10/07/08 Response to Wells Fargo Monthly Mortgage Statement dtd 08/18/08 | 47680 |
| 7P | | | 10/15/08 Letter to County of Maui Real Property Tax Department | 58513 |
| | | | | |
| 8 | | | 09/04/08 Bonded Promissory Note by Victor Mannoia | 22208 |
| 8A | | | 09/15/08 PS Form 3800 7007 3020 0002 8391 6828 to 12th Dist Fed Reserve B of SF | 22207 |
| 8B | | | Mannoia Enterprises Inc ck 121 to Hawaiiloa Foundation | 3621 |
| 8C | | | Mannoia Enterprises Inc ck 141 to Hawaiiloa Foundation | 3569 |
| 8D | | | 09/04/08 Declaration of Trust by Victor and Lorelei Mannoia | 44602-44616 |
| 8E | | | 09/04/08 Deed to Trust by Victor and Lorelei Mannoia | 44617-44620 |
| 8F | | | 09/04/08 Notice of Acceptance, Rescission, Revocation & Appointment of Trustee by Victor Mannoia | 44600 |

| EXH. | IDENT. | ADMITTED | DESCRIPTION | BATES NO. |
|------|--------|----------|-------------|-----------|
| 8G | | | 09/04/08 Notice of Acceptance, Rescission, Revocation & Appointment of Trustee by Lorelei Mannoia | 44601 |
| 8H | | | 09/04/2008 Private Offset Discharging and Indemnity Bond by Victor and Lorelei Mannoia | 22209-22217 |
| 8I | | | Form UCC1 for Victor and Lorelei Mannoia | 44622-44623 |
| 8J | | | 09/29/08 rec'd date Letter to County of Maui Real Property Tax Department | 44596 |
| 8K | | | 11/03/08 Letter from ASC | 54541 |
| 8L | | | Invoice:  1102408 for Victor and Lorelei Mannoia | 38460 |
| 8M | | | 2007 Forms 1040 and 1096 for Victor and Lorelei Mannoia | 54514-54516 |
| 8N | | | 2007 Forms 1099-OID for Victor and Lorelei Mannoia | 54518-54520; 54524,54523, 54522,54521, 54525,54526, 54527 |
| 8-O | | | 2008 Form 1040-V and Forms 56-F/ 1099-OID for Victor and Lorelei Mannoia | 56912-56915 |
| | | | | |
| 9 | | | 09/10/2008 Private Offset Discharging and Indemnity Bond for Donald and Francisca Lono | 23317-23325 |
| 9A | | | 09/21/08 PS Forms 3806 & 3811 Registered No RA332 252 879 to US Dept of Treasury | 38220; 48024 |
| 9B | | | 09/10/08 Declaration of Trust by Donald and Francisca Lono | 48168-48180; 48185 |
| 9C | | | 09/10/08 Deed to Trust by Donald and Francisca Lono | 48209-48212 |

| EXH. | IDENT. | ADMITTED | DESCRIPTION | BATES NO. |
|------|--------|----------|-------------|-----------|
| 9D | | | 09/10/08 Notice of Acceptance, Rescission, Revocation & Appointment of Trustee by Donald Lono | 48166 |
| 9E | | | 09/10/2008 Notice of Acceptance, Rescission, Revocation & Appointment of Trustee by Francisca Lono | 48167 |
| 9F | | | 12/08/08 2008 Form 1096/ Forms 1099-OID/ 1040-V by Donald and Francisca Lono | 48048; 48051-48054 |
| 9G | | | 09/12/08 Receipt 903891 to Francisca & Donald Lono; Francisca Lono ck 347 to Hawaiiloa Foundation; Carbon copy of Francisca Lono ck 348 to Hawaii Loa Foundation | 58427 |
| 9H | | | 10/03/08 Receipt 903897; 10/10/08 Receipt 903910 to Lono Ohana; 10/26/08 handwritten note; 11/11/08 Receipt 903924 to Lono Ohana | 58428-58429 |
| 9I | | | 12/04/08, 12/31/08 and 03/11/09 Bureau of Conveyances receipts for RS Fee | 48156; 48141; 48239;48145 |
| 9J | | | 09/30/08 rec'd date Letter to County of Maui Real Property Tax Department; 03/23/09 Verified Request for copy of 1099 OID Internal Revenue Form by Donald Lono | 58514-58517 |
| | | | | |
| 10 | | | 09/15/08 Private Offset Discharging and Indemnity Bond for Melvyn and Cynthia Valois | 22753-22761 |
| 10A | | | PS Forms 3806 and 3811 RA332 252 785 to US Dept of Treasury | 22751; 54352 |

| EXH. | IDENT. | ADMITTED | DESCRIPTION | BATES NO. |
|---|---|---|---|---|
| 10B | | | 09/16/08 Bonded Promissory Note by Melvyn Valois; PS Form 3811  7007 3020 0002 8391 8181 to 12th District Federal Reserve Bank | 54324 |
| 10C | | | Kahului FCU bank ck A201154 to Hawaii Loa Foundation | 3153 |
| 10D | | | 09/16/08 Notice of Acceptance, Rescission, Revocation & Appointment of Trustee by Melvyn Valois | 54328 |
| 10E | | | 09/16/08 Notice of Acceptance, Rescission, Revocation & Appointment of Trustee by Cynthia Valois | 54329 |
| 10F | | | 09/16/08 Declaration of Trust by Melvyn and Cynthia Valois | 54334-54348 |
| 10G | | | 09/16/08 Deed to Trust by Melvyn and Cynthia Valois | 54359-54362 |
| 10H | | | 10/23/08 2008 Forms 1099-OID/ 1040-V/ 1096; 56-F for Melvyn and Cynthia Valois | 54375-54376; 54378; 54399; 54266; 54374; 54370; 54373; 54371-54372 |
| 10-I | | | 11/06/08 Letter from State of Hawaii DAGS | 54414 |
| 10J | | | 10/01/08 Letter to County of Maui Real Property Tax Department | 58534 |
| | | | | |
| 11 | | | 09/11/08 Bonded Promissory Note tendered by Wayne Kaneshiro | 47132 |
| 11A | | | 10/01/08 rec'd date PS Forms 3811 & 3800 #7007 3020 0002 8391 7085;Track/ Confirm print out | 47137 |
| 11B | | | 07/15/08 receipt #903858 for Wayne Kaneshiro $2,500 | 47074 |

| EXH. | IDENT. | ADMITTED | DESCRIPTION | BATES NO. |
|------|--------|----------|-------------|-----------|
| 11C | | | 07/15/08 CPB ck from Wayne Kaneshiro to Hawaiiloa Foundation | 3115 |
| 11D | | | 09/11/08 Declaration of Trust of Wayne and Anne Kaneshiro | 47031-47045 |
| 11E | | | 09/11/2008 Deed to Trust by Wayne and Anne Kaneshiro | 47046-47049 |
| 11F | | | 09/11/08 Notice of Acceptance, Rescission, Revocation & Appointment of Trustee by Wayne Kaneshiro | 47029 |
| 11G | | | 09/11/08 Notice of Acceptance, Rescission, Revocation & Appointment of Trustee by Anne Kaneshiro | 47030 |
| 11H | | | 10/15/08 Declaration of Anne and Wayne Kaneshiro, Trustee | 47135-47136 |
| 11-I | | | 2008 Form 1040-V Payment Voucher, Forms 1099-OID and 09/11/08  Form 56-F for Wayne Kaneshiro | 47139-47142 |
| 11J | | | 10/02/08 Letter to Real Property Tax Department - Confirmation of receipt of Title Documents in Irrevocable Trust  for Wayne and Anne Kaneshiro | 58512 |
| | | | | |
| 12 | | | 10/08/08 Bonded Promissory Note tendered by Brandon Andaya | 44888 |
| 12A | | | 10/15/08 PS Form  3800 #7007 3020 0002 8392 1426 to 12th Dist. Fed Reserve B of SF | 44890 |
| 12B | | | PS Form 3811 #7007 3020 0002 8392 1426 to 12th District Federal Reserve Bank for B/T Andaya | 44972 |

| EXH. | IDENT. | ADMITTED | DESCRIPTION | BATES NO. |
|---|---|---|---|---|
| 12C | | | 10/1/08 receipt #903896 and 10/2/08 receipt #903907 for Tanya Andaya | 44852 |
| 12D | | | 10/08/08 Tanya Andaya ck to Hawaiiloa Foundation $920 | 3196 |
| 12E | | | 10/08/08 Declaration of Trust of Brandon and Tanya Andaya | 44865; 44908-44918; 44878-44879 |
| 12F | | | 10/08/08 Deed to Trust by Brandon and Tanya Andaya | 44880-44883 |
| 12G | | | 10/08/08 Notice of Acceptance, Rescission, Revocation & Appointment of Trustee by Brandon Andaya | 44863 |
| 12H | | | 10/08/08 Notice of Acceptance, Rescission, Revocation & Appointment of Trustee by Tanya Andaya | 44864 |
| 12I | | | Ohana Packets after Recording | 44926 |
| 12J | | | Withdrawal from Real Property Tax Procedure | 44928 |
| 12K | | | Form 56-F for Brandon Andaya | 44981 |
| 12L | | | 10/15/08 Form 1096 for Brandon Andaya | 44980 |
| 12M | | | Forms 1099-OID for Brandon and Tanya Andaya | 44979 |
| 12N | | | Form 1040-V for Brandon and Tanya Andaya | 44978 |
| 12-O | | | Form UCC3 by Brandon and Tanya Andaya | 44974 |
| 12P | | | 12/18/08 USPS receipt - Kula Post Office | 44968 |
| 12Q | | | Forms PS 3800 and 3811 | 44963-44967 |
| 12R | | | 10/27/08 Letter to Real Property Tax Department - Confirmation of Receipt of Title Documents in Irrevocable Trust  by Tanya Andaya | 58508 |

13

| EXH. | IDENT. | ADMITTED | DESCRIPTION | BATES NO. |
|---|---|---|---|---|
|  |  |  |  |  |
| 13 |  |  | 10/21/08 Bonded Promissory Note by Alfredo Andaya | 22925 |
| 13A |  |  | 11/04/08 PS Form 3800 #7007 3020 0002 8391 9775 to 12th Fed Reserve Bank | 22924 |
| 13B |  |  | 07/14/08 Bonded Promissory Note by Alfredo Andaya | 45086 |
| 13C |  |  | 07/14/08 Declaration of Trust by Alfredo and Estrellita Andaya; Memorandum to Affidavit | 45058-45072; 45075-45076 |
| 13D |  |  | 07/14/08 Deed to Trust by Alfredo and Estrellita Andaya IT | 45077-45080 |
| 13E |  |  | 07/14/08 Notice of Acceptance and Taking for Value by Estrellita Andaya | 45265 |
| 13F |  |  | 07/14/08 Letter to Real Property Tax Department - Confirmamtion of Receipt of Title Documents in Irrevocable Trust by Alfredo and Estrellita Andaya; 08/20/08 - Response from Real Property Tax Division; Letter to Maui County Real Property Tax | 58505-58507 |
|  |  |  |  |  |
| 14 |  |  | 11/14/08 Bonded Promissory Note tendered by Aaron Vista | 22809 |
| 14A |  |  | 11/19/08 PS Forms 3811 and 3800 #7007 2560 0002 6821 9278 to 12th District Federal Reserve Bank | 45980, 45940 |
| 14B |  |  | 10/09/08 Receipt # 903908 for Aaron Vista | 45976 |
| 14C |  |  | 11/14/08 Private Offset Discharging and Indemnity Bond for Aaron and Gina Vista | 22810-22818 |

14

| EXH. | IDENT. | ADMITTED | DESCRIPTION | BATES NO. |
|------|--------|----------|-------------|-----------|
| 14D | | | 11/14/08 Notice of Acceptance, Rescission, Revocation & Apointment of Trustee by Aaron Vista | 46000 |
| 14E | | | 11/14/08 Notice of Acceptance, Rescission, Revocation & Apointment of Trustee by Gina Vista | 46001 |
| 14F | | | 11/14/08 Declartion of Trust by Aaron and Gina Vista | 46002-46017 |
| 14G | | | 11/14/08 Deed to Trust by Aaron and Gina Vista | 46018-46022 |
| 14H | | | Form 1040-V, Forms 1099-OID, Form 1096, 11/14/08 Form 56-F for Aaron and Gina Vista | 45992-45996 |
| 14I | | | 12/5/08 e-mail from Royal Repository and Registry to vistag001@hawaii.rr.com | 45922 |
| | | | | |
| 15 | | | 12/10/08 Bonded Promissory Note by Josephine Helekahi | 47728 |
| 15A | | | 12/23/2008 PS Form 3800 # 7007 3020 0002 8387 6375 to 12th Dist Fed Res Bank SF | 44763 |
| 15B | | | 09/19/08 Aileen Helekahi ck 1130 to Hawaiiloa Foundation | 3179 |
| 15C | | | 12/10/08 Receipt #903938 for Helekahi Ohana - Kokua | 47723 |
| 15D | | | 12/10/08 Notice of Acceptance, Rescission, Revocation & Appointment of Trustee by Arthur Helekahi | 47701 |
| 15E | | | 12/10/08 Declaration of Trust for Arthur and Aileen Helekahi | 47704-47718 |
| 15F | | | 12/10/08 Deed to Trust by Arthur and Aileen Helekahi IT | 47719-47722 |

| EXH. | IDENT. | ADMITTED | DESCRIPTION | BATES NO. |
|------|--------|----------|-------------|-----------|
| 15G | | | 12/10/08 Notice of Acceptance, Rescission, Revocation & Appointment of Trustee by Josephine Helekahi and Aileen Helekahi | 47702-47703 |
| 15H | | | 01/21/09 Letter to County of Maui Real Property Tax Department | 58509 |
| | | | | |
| 16 | | | 02/17/09 Private Money Order by Wayne Peelua | 44294-44295 |
| 16A | | | 02/20/09 postmarked envelope to 12th District Fed Reserve Bank | 44290 |
| 16B | | | 10/21/08 ASB cashier's ck to Hawaiiloa Foundation | 3221 |
| 16C | | | 02/17/09 Private Money Order by Wayne Peelua | 45862 |
| 16D | | | 02/15/09 Private Registered Bond by Wayne and Iris Peelua | 20333 |
| 16E | | | 02/20/09 Certificate of Service of Bond  from Wayne and Iris Peelua | 44291-44292 |
| 16F | | | Forms UCC1 by Wayne and Iris Peelua | 45887-45888, 45860-45861, 20891 |
| 16G | | | 12/08/08 Declaration of Trust by Wayne and Iris Peelua | 45891-45903; 24962-24963 |
| 16H | | | 12/08/08 Notice of Acceptance, Rescission, Revocation & Appointment of Trustee by Wayne Peelua | 45855 |
| 16I | | | 12/08/08 Notice of Acceptance, Rescission, Revocation & Appointment of Trustee by Iris Peelua | 45856 |
| 16J | | | Notice Concerning Fiduciary Relationship for Wayne Peelua | 44299-44300 |
| 16K | | | 03/11/09 Affidavit in Admiralty of Wayne Peelua | 45907-45910; 45857-45859 |

| EXH. | IDENT. | ADMITTED | DESCRIPTION | BATES NO. |
|------|--------|----------|-------------|-----------|
| 16L | | | 03/04/09 Satisfaction of Lien by Iris and Wayne Peelua | 45918-45919; 20896; 20898 |
| 16M | | | 02/20/09 Certificate of Service of Bond & Bonded Promissory Note for Wayne & Iris Peelua | 44291 |
| 16N | | | 02/17/09 Power of Attorney by Wayne Peelua | 44292-44293 |
| | | | | |
| 17 | | | 11/21/08 Hawaiiloa Foundation ck to First Hawaiian Bank for 10,580.59; PS Form 3811 to First Hawaiian Bank | 3541 |
| 17A | | | Maui County Employees FCU statement for 12/01/08-12/31/08 for acct XXXX 6 001 | 3359-3360 |
| 17B | | | 04/19/08 Bonded Promissory Note through John Oliver | 287-288 |
| 17C | | | 05/02/08 BankCard Center letter to John D Oliver | 289 |
| 17D | | | Affidavit of Proof of Payment | 298-301 |
| 17E | | | 05/21/08 BankCard Center letter to John Oliver | 312 |
| 17F | | | 07/30/08 First Hawaiian Bank letter to John Oliver | 291 |
| | | | | |
| 18A | | | 2008 Forms 1099-OID for John Oliver | 56804 |
| 18B | | | 2008 Form 1040 for John Oliver dtd 05/15/08 refund:  $9,686.02 | 56800-56813 |
| 18C | | | Form 1099-OID Payer:  John Oliver  Recipient:  Chase Home Financial | 56843 |
| 18D | | | 2008 Form 1040-V for John Oliver | 56848 |

| EXH. | IDENT. | ADMITTED | DESCRIPTION | BATES NO. |
|------|--------|----------|-------------|-----------|
| 18E | | | 2008 Form 1040 for John Oliver dtd 05/31/08 refund $266,900.46; Form 56; 05/22/08 Chase Mortgage Loan Stmt; 2008 Form 1099-OID; 2008 Form 1096; Affidavit by Declaration in Verification of Payment Tendered by Mahealani Ventura-Oliver; Certified Proof of Funds; Private Bond Order for Payment; PS Forms 3806 and Track & Confirm #RA 33 2250 714; Form PS 3811; Notary Presentment; 05/06/08 Aloha Title Co & Paralegal Services letter; 02/09/08 Private Bond Order for Payment; Letter to Real Property Tax Division; Envelope addressed to Henry Paulson | 56814-56850 |
| 18F | | | 2008 Form 1040X for John Oliver  refund: $327,220.90; Letter to Department of Treasury | 56851-56858 |
| 18G | | | 2007 Form 1040 for John & Julana Bowker dtd 09/26/08 refund:  $159,806.71; Form 1096; Forms 1099-OID; Form 56-F | 56874-56883 |
| 18H | | | 2007 Form 1040 for Jeremy & Kendra Moniz dtd 11/16/08 refund: $61,452.97 | 56940-56954 |
| 18I | | | 10/04/08 Form 56-F for Mahealani Oliver; 2008 Form 1099-OID; Form 1096; 09/26/08 Bonded Promissory Note by Mahealani Ventura Oliver; 208 Form 1040-V; postaage paid envelope. | 56859-56864 |
| | | | | |
| 19-24 | | | not used | |

| EXH. | IDENT. | ADMITTED | DESCRIPTION | BATES NO. |
|------|--------|----------|-------------|-----------|
| | | | | |
| 25 | | | 12/03/08 Form 1040 for John D Oliver and Mahealani V Oliver | 56758-56772 |
| | | | | |
| 26 | | | 06/14/08 Bonded Promissory Note by Pilialoha Teves | 459 |
| 26A | | | 06/14/08 Letter from Central Pacific Homeloans, Inc | 458 |
| 26B | | | 07/09/08 Letter from Kessner Umabayashi Bain & Matsunaga | 797-799 |
| 26C | | | 07/22/08 Letter from Kessner Umabayashi Bain & Matsunaga | 817-818 |
| 26D | | | 08/04/08 Letter from Kessner Umebayashi Bain & Matsunaga | 840 |
| 26E | | | 09/05/08 Letter from Kessner Umebayashi Bain & Matsunaga | 42017 |
| | | | | |
| 27 | | | 06/23/05 MCEFCU Loanliner Open-End Disbursement Receipt Plus for Marla A Teves | 2561 |
| 27A | | | 05/25/08 Pilialoha Teves check #1052 | 2957 |
| 27B | | | 05/25/08 Pilialoha Teves check #1053 | 2962 |
| 27C | | | 10/22/08 Pilialoha Teves check #1081 | 2912 |
| 27D | | | 11/12/08 Pilialoha Teves check #128 | 1782 |
| 27E | | | 12/12/08 Pilialoha Teves check #134 | 1798 |
| 27F | | | 01/01/09 Pilialoha Teves check #140 | 1808 |
| 27G | | | 02/20/09 Pilialoha Teves check #157 | 2247 |
| | | | | |

| EXH. | IDENT. | ADMITTED | DESCRIPTION | BATES NO. |
|------|--------|----------|-------------|-----------|
| 28A-28G | | | MCEFCU bank records | 1861-1970; 1992-2297; 2303-3627 |
| | | | | |
| 29A-29C | | | Hawaii National Bank records | 1589-1860 |
| | | | | |
| 30 | | | California Numismatics Sales Order Insights for John D Oliver | 63-68 |
| 30A | | | Photo 2 black bags, 2 CNI bags, 3 trays of coins | none |
| 30B | | | Photo of coins | none |
| 30C | | | Photo of opened CNI bag | none |
| | | | | |
| 31 | | | Photo of safe exterior | none |
| 31A | | | Photo of safe interior | none |
| | | | | |
| 32 | | | 07/22/08 Island Dodge vehicle Purchase order | 172 |
| | | | | |
| 33 | | | Spreadsheet for Income Proof Analysis for HLF 2008-2009 | |
| 33A | | | HLF/. Ventura Oliver/ John Oliver | |
| | | | | |
| 34 | | | Mahealani Ventura-Oliver Income Analysis 2008-2009 | |
| | | | | |
| 35 | | | John Oliver Income Analysis (limited in scope) | |
| | | | | |
| 36 | | | John Oliver Income Analysis (limited in scope) | |

CERTIFICATE OF SERVICE

        I hereby certify that, on the dates and by the methods
of service noted below, a true and correct copy of the foregoing
was served on the following at their last known address:


Served Electronically through CM/ECF:

        RUSTAM BARBEE, ESQ.                    September 27, 2013
        rustam@honoluluattorney.com
        Attorney for Defendant
        MAHEALANI VENTURA-OLIVER (01)


        RICHARD D. GRONNA, ESQ.               September 27, 2013
        rgronna@hawaii-personal-injury.com
        Attorney for Defendant
        PILIALOHA K. TEVES (03)


           DATED:  September 27, 2013, at Honolulu, Hawaii.


                              /s/ Iris Nagao
                              _____
                              Iris Nagao