ORIGINAL

RICHARD D. GRONNA #5391
841 Bishop Street, Suite 2201
Honolulu, Hawaii 96813
Telephone: (808) 523-2441
Facsimile: (808) 566-0347
E-mail: rgronna@hawaii-personal-injury.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 30 2013

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

Attorney for Defendant
PILIALOHA TEVES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>MAHEALANI VENTURA-OLIVER, (01)<br>PILIALOHA K. TEVES,       (03)<br><br>                    Defendants. | ) CR. NO. 11-00503 JMS<br>)<br>) ORDER REGARDING USE OF<br>) ELECTRONIC DEVICES<br>)<br>)<br>)<br>)<br>) DATE:  October 1, 2013<br>) JUDGE: J. Michael Seabright<br>) |

ORDER REGARDING USE OF ELECTRONIC DEVICES

     The court hereby authorizes the Defendants, MAHEALANI

VENTURA-OLIVER, and PILIALOHA K. TEVES and attorneys of record

for the Defendants to bring laptops ~~electronic devices~~ into the

courthouse during the trial of this case.  The use of such

devices is governed by the court's July 11, 2011 Amended Order

Regarding Electronic Devices in Judge Seabright's Courtroom.

     The electronic devices shall not record or transmit any of

the proceedings, live or otherwise, and shall not have real time

interface with persons outside the Courtroom during the course

of the proceedings.

IT IS SO ORDERED.

DATED: _____9/30/13_____, Honolulu, Hawaii.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

United States v. Mahealani Ventura-Oliver, et al.; Cr. No. 11-00503 JMS; Order Regarding Use of Electronic Devices