HID 026 (Rev 05/13)　Case 1:11-cr-00503-JMS   Document 238   Filed 10/22/13   Page 1 of 1   PageID #: 1147   For Internal Use Only.

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 22 2013

at 10 o'clock and 06 min. A M.
SUE BEITIA, CLERK

_____
　　　　　　　Plaintiff(s)

vs.

_____
　　　　　　　Defendant(s)

Civil No. _____

Criminal No. CR 11-00503 JMS

## NOTE FROM THE JURY

Your Honor,

THERE ARE 16 COUNTS AGAINST PILIALOHA K. TEVES. COUNTS 2 THROUGH 16 ARE MAIL FRAUD. DO WE JUDGE THESE COUNTS INDIVIDUALLY?

Dated at Honolulu, Hawaii on October 22, 2013

Time: _____

_____
　　　　　　　Foreperson's Juror Number

The space below this line should contain only the Foreperson's signature.

/s/ Foreperson
_____
Signature of Foreperson