Case 1:11-cr-00503-JMS   Document 407   Filed 12/03/14   Page 1 of 3   PageID #: 5073

Case 1:11-cr-00503-JMS   Document 407   Filed 12/03/14   Page 1 of 3   PageID #: 5073

FLORENCE T. NAKAKUNI  #2286
United States Attorney
District of Hawaii

LAWRENCE L. TONG  #3040
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 11-00503 JMS-01 |
| | ) |
| Plaintiff, | ) ORDER CONCERNING |
| | ) FRAUDULENT CONVEYANCE OF |
| vs. | ) PROPERTIES TO "WAIHONA |
| | ) WAIWAI" BY DEEDS PREPARED |
| MAHEALANI VENTURA-OLIVER, | ) BY HAWAIILOA FOUNDATION, |
| | ) THE REGISTRY OR KO HAWAII |
| Defendant. | ) PAE AINA |
| | ) |
| | ) |

ORDER CONCERNING FRAUDULENT CONVEYANCE OF
PROPERTIES TO "WAIHONA WAIWAI" BY DEEDS PREPARED BY
HAWAIILOA FOUNDATION, THE REGISTRY OR KO HAWAII PAE AINA

On October 18, 2013, a federal jury found defendants Mahealani Ventura-

Oliver and Pilialoha K. Teves guilty of various offenses growing out of their

operation of a debt elimination scheme. Co-defendants John Oliver and Lehua Hoy had previously pled guilty to related offenses. The offenses grew out of the defendants' promotion of a fraudulent scheme under which they promised members of the public that they could use fictitious bonds and promissory notes to pay off their mortgage, credit card and other debt.

Based on the evidence produced at trial, the court finds that the defendants marketed the scheme on the island of Maui through entities known as Hawaiiloa Foundation, the Registry and Ko Hawaii Pae Aina. In return for the payment of a fee, which was also known as a "commitment" or "kokua," the defendants prepared various documents which they claimed would pay debts and forestall foreclosure proceedings. Part of the debt elimination program included the preparation of irrevocable trusts, and the conveyance of properties into such trusts. The deeds conveying properties into irrevocable trusts typically provided that one percent of the properties would be owned by "the Waihona Waiwai, a constitutional national treasury established 10-08-1840 within the original jurisdiction of Ko Hawaii Pae Aina and is immune from judicial decision[.]" The deeds were typically recorded in the State of Hawaii, Bureau of Conveyances, and were to be mailed to Ko Hawaii Pae Aina at 310 Hookahi Street in Wailuku, Maui.

Based on evidence presented at trial, the jury's verdict, and the guilty pleas as to two defendants, the court finds that many individuals were victims of the

defendants' scheme to defraud. The court has been advised that some of those victims have learned that the conveyance of one percent of properties owned by them to the "Waihona Waiwai" has created a cloud on their titles. Such a cloud on title has apparently interfered with the victims' attempts to sell properties or obtain refinancing. The court issues this order so that the victims of the defendants' fraud may have a judicial order which may assist them in obtaining clear title to properties as necessary.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 3, 2014.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

United States vs. Mahealani Ventura-Oliver
Cr. No. 11-00503 JMS-01, Order Concerning Fraudulent Conveyance of Properties to "Waihona Waiwai" By Deeds Prepared By Hawaiiloa Foundation, the Registry or Ko Hawaii Pae Aina