# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 22, 2017

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

      Re:  Mahealani Ventura-Oliver
            v. United States
           No. 16-8420
           (Your No. 14-10540)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on March 17, 2017 and placed on the docket March 22, 2017 as No. 16-8420.

                              Sincerely,

                              **Scott S. Harris**, Clerk

                              by

                              Jacob A. Levitan
                              Case Analyst