UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
PROBATION OFFICE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Feb 22, 2022, 8:14 am
Michelle Rynne, Clerk of Court

February 19, 2022

JONATHAN K. SKEDELESKI
Chief U.S. Probation Officer

TIMOTHY M. JENKINS
Deputy Chief U.S. Probation Officer

Room 2300
300 Ala Moana Boulevard
Honolulu, Hawaii 96850-2300
Tel: (808) 541-1283
Fax: (808) 541-1345

# M E M O R A N D U M

**TO:** The Honorable J. Michael Seabright
Chief U.S. District Judge

**FROM:** Lesi Kapua
U.S. Probation Officer Assistant

**SUBJECT:** **VENTURA-OLIVER, Mahealani**
Case No.: CR 11-00503JMS-01
**ADDITIONAL INFORMATION FOR SUMMONS**

---

Ms. Mahealani Ventura-Oliver is scheduled to appear before Your Honor on a Summons for an Order to Show Cause (OSC) hearing on 2/24/2022. The purpose of this memorandum is to provide additional information that has been received by our office since the Summons was dated and filed on 2/1/2022.

On 02/08/2022, Ms. Ventura-Oliver's attorney, Mr. Lars Issacson, requested information via email as to which documents Ms. Ventura-Oliver had submitted to the probation office and which documents were still missing.

On 02/15/2022, this officer responded via email and provided Mr. Issacson with the information he requested (Attachment A). U.S. Attorney, Mr. Mark Nammar, was also copied in the email.

On 2/15/2022, this officer contacted Ms. Ventura-Oliver via telephone. During the conversation Ms. Ventura-Oliver confirmed that she had resigned from NorthStar Memorial Group and had not secured another job. It is noted that she had previously informed this officer on 1/28/2022 that she had left her position at NorthStar Memorial Group due to having interpersonal communication problems with a peer. She had indicated she would secure other employment. During the telephone call on 2/15/2022, Ms. Ventura-Oliver stated she would not seek employment because she was "going to jail for 30 days so no sense job search and let people down." She went on to state that she was supporting herself financially with money she saved and declined to discuss the matter any further.

| | |
|---|---|
| RE: **VENTURA-OLIVER, Mahealani**<br>**Case No.: CR 11-00503JMS-01**<br>**ADDITIONAL INFORMATION FOR SUMMONS** | Page 2<br>February 19, 2022 |

Later that day, this officer received an envelope from Ms. Ventura-Oliver that contained six of her credit cards and a letter. With Supervising U. S. Probation Officer Lisa Jicha as a witness, this officer recorded and inventoried the credit cards. The credit cards and a copy of the letter were then placed in the probation office's vault in a secured evidence room. The credit cards received are listed below:

1. Mercury Master credit card
2. Credit One Bank Visa credit card
3. The Home Depot store charge card
4. Victoria's Secret store charge card
5. Oportun Visa credit card
6. Indigo Master card

On 02/15/2022, our office obtained Ms. Ventura-Oliver's credit bureau report (CBR). The report showed no account information and indicated that data was not available, despite previous reports containing a history of her credit information. Consequently, on 02/17/2022, this officer contacted the Equifax customer service department for assistance in interpreting the report. The customer service representative reported that CBRs with "Data Not Available" are due to the consumer (Ms. Ventura-Oliver) requesting a block or freeze on his or her credit information so that it could not be accessible to third parties. As a result, our office is unable to now verify the actual status of Ms. Ventura-Oliver's credit history.

Although Ms. Ventura-Oliver has submitted some of the documentation that she was instructed to provide, she has not submitted all the required documentation (see Attachment A). Furthermore, the lack of access to Ms. Ventura-Oliver's CBR creates a barrier to the investigation of her finances. As a result, a sound understanding of her overall financial situation still cannot be reached at this time.

SUBMITTED:

| | |
|---|---|
| _____<br>LESI KAPUA<br>U.S. Probation Officer Assistant | _____<br>LISA JICHA<br>Supervising U.S. Probation Officer |

Encl:  Attachment A

cc:   Mark Nammar, Esq, AUSA
      Lars Issacson, Esq. Defense Counsel

| | |
|---|---|
| **From:** | Lesi Kapua |
| **To:** | Lars Isaacson |
| **Cc:** | Michael Nammar |
| **Subject:** | RE: VENTURA-OLIVER, Mahealani CR 11-00503JMS-01 |
| **Date:** | Tuesday, February 15, 2022 3:09:00 PM |

Hi Mr. Issacson,

Thank you for your email. Please find a list of documents our office has received followed by a list of documents that are still outstanding as of this date.

Documents received:

1. November2021 MSR.
2. November 2021 paystubs.
3. Copy of Hawaii State Federal Credit Union (HSFCU) Line of Credit (LOC) application.
4. Bank of Hawaii (BOH) checking account monthly statements for the months of: 6/2021, 7/2021, 8/2021, 11/2021, 12/2021 (last statement).
5. Credit One Bank credit card monthly statements from 8/2020 to 12/2021.
6. Mercury (FB&T) credit card monthly statements for the months of 11/2021 and 12/2021.
7. The Home Depot credit card monthly statement: 12/2021.
8. HSFCU Line of Credit (LOC) statement: 11/2021.
9. Oportun credit card monthly statement: 12/2021.
10. Victoria's Secret card monthly statement: 6/2021.


Documents missing as of today, 02/15/2022:

1. Documentation to confirm reason of separation of employment from The Home Depot.
2. Indigo- Celtic Bank credit card statements from 11/2020 to date closed.
3. The Home Depot store credit card monthly statements: 3/2021 to date closed, excluding 12/2021.
4. HSFCU LOC monthly statements:12/2021 to date closed.
5. HSFCU checking account monthly statements from the opening of the account to date closed.
6. HSFCU savings account monthly statements from the opening of the account to date closed.
7. Oportun credit card statements from 11/2021 to date closed.
8. Victoria's Secret card monthly statements: 3/2020 to date closed, excluding 6/2021.


Best regards,

Lesi Kapua
Probation Officer Assistant
United States Probation Office
94-307 Farrington Highway, Suite A06


**ATTACHMENT A**

Waipahu, HI 96797

Telephone: 808-541-1286

Mobile: 808-265-0508

Fax: 808-676-6598

---

**From:** Lars Isaacson <hawaiicrimdefender@gmail.com>
**Sent:** Tuesday, February 8, 2022 12:49 PM
**To:** Lesi Kapua <Lesi_Kapua@hip.uscourts.gov>
**Cc:** Michael Nammar <michael.nammar@usdoj.gov>
**Subject:** Re: VENTURA-OLIVER, Mahealani CR 11-00503JMS-01

**CAUTION - EXTERNAL:**

Ms. Kapua,

Are you saying she has not provided any credit/bank statements of any kind to you? You clearly have some of her bank statements.

Or, has she provided some statements but you are missing some? Can you be more clear what she has provided you and what you are still missing?

Thanks, Lars Isaacson

Lars Robert Isaacson
Attorney at Law

1100 Alakea Street, 20th Floor
Honolulu, Hawaii 96813
Phone: 808-497-3811
Fax: 866-616-2132

---

**From:** Lesi Kapua <Lesi_Kapua@hip.uscourts.gov>
**Date:** Tuesday, February 8, 2022 at 12:36 PM
**To:** Lars Isaacson <hawaiicrimdefender@gmail.com>
**Cc:** Michael Nammar <michael.nammar@usdoj.gov>
**Subject:** RE: VENTURA-OLIVER, Mahealani CR 11-00503JMS-01

Hello Mr. Issacson,

I will have our tech person send both parties and the court copies of Ms. Ventura-Oliver's MSRs and bank statements to both parties and the court.

Also, the lists of outstanding documents can be found in the Request for Course of Action report on page 6, at the top of the page (Violation 7), and on page 8, second paragraph (Violation 8).

Best regards,

Lesi Kapua
U.S. Probation Officer Assistant
300 Ala Moana Blvd, Rm 2300
Honolulu, HI 96850
Ph: (808) 541-2186
Mobile: (808) 265-0508

**From:** Lars Isaacson <hawaiicrimdefender@gmail.com>
**Sent:** Monday, February 7, 2022 1:21 PM
**To:** Lesi Kapua <Lesi_Kapua@hip.uscourts.gov>
**Cc:** Michael Nammar <michael.nammar@usdoj.gov>
**Subject:** Re: VENTURA-OLIVER, Mahealani CR 11-00503JMS-01

**CAUTION - EXTERNAL:**

Can you also please provide me with copies of Ms. Ventura's supervision reports from 6/21 to the present, including all attachments to said reports.

Thanks, Lars Isaacson

Lars Robert Isaacson
Attorney at Law
1100 Alakea Street, 20th Floor
Honolulu, Hawaii 96813
Phone: 808-497-3811
Fax: 866-616-2132

**From:** Lars Isaacson <hawaiicrimdefender@gmail.com>
**Date:** Monday, February 7, 2022 at 11:38 AM
**To:** "lesi_kapua@hip.uscourts.gov" <lesi_kapua@hip.uscourts.gov>
**Cc:** Michael Nammar <michael.nammar@usdoj.gov>
**Subject:** Re: VENTURA-OLIVER, Mahealani CR 11-00503JMS-01

Dear Ms. Kapua,

Can you clarify the following for me:

> Has Ms. Ventura provided you with all of the financial documents you have requested? If not, what documents have not been provided?

Thanks, Lars Isaacson

Lars Robert Isaacson
Attorney at Law

1100 Alakea Street, 20th Floor
Honolulu, Hawaii 96813
Phone: 808-497-3811
Fax: 866-616-2132

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.