UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
PROBATION OFFICE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Feb 23, 2022, 4:05 pm
Michelle Rynne, Clerk of Court

February 23, 2022

**JONATHAN K. SKEDELESKI**
Chief U.S. Probation Officer

**TIMOTHY M. JENKINS**
Deputy Chief U.S. Probation Officer

Room 2300
300 Ala Moana Boulevard
Honolulu, Hawaii 96850-2300
Tel: (808) 541-1283
Fax: (808) 541-1345

M E M O R A N D U M

TO: The Honorable J. Michael Seabright
Chief U.S. District Judge

FROM: Lesi Kapua
U.S. Probation Officer Assistant

SUBJECT: **VENTURA-OLIVER, Mahealani**
**Case No.:  CR 11-00503JMS-01**
**ADDITIONAL INFORMATION FOR SUMMONS**

---

Ms. Mahealani Ventura-Oliver is scheduled to appear before Your Honor on a Summons for an Order to Show Cause (OSC) hearing on 2/24/2022. The purpose of this memorandum is to provide additional information that has been received by our office since the Summons was dated and filed on 2/1/2022 and since the Memorandum with Additional Information for Summons, dated 2/19/2022, was submitted.

On Friday, 2/18/2022, at 2:28 PM, the probation office received documents from the law office of Lars R. Issacon, Esq. as follows:

1. Bank of Hawaii checking account statements from February 2021 to December 2021.
2. Credit One Bank credit card statements from August 2020 to January 2022.
3. Hawaii State Federal Credit Union (HSFCU) Regular Share account and Checking account statements from September 2021 to January 2022.
4. Indigo- Celtic credit card statements from March 2021 to February 2022.
5. Mercury credit card statements from November 2021 to January 2022.
6. Oportun credit card statements from November 2021 to January 2022.
7. Victoria's Secret store charge account statements for the following months: March 2020, May 2020 through October 2020, December 2020 through February 2021, and April 2021 through June 2021.
8. The Home Depot store charge account statements from April 2021 through February 2022.

RE: **VENTURA-OLIVER, Mahealani**  Page 2
   **Case No.: CR 11-00503JMS-01**  February 23, 2022
   **ADDITIONAL INFORMATION FOR SUMMONS**

As of the writing of this memorandum, the following requested documents have not been received from Ms. Ventura-Oliver:

1. Documentation to confirm reason of separation of employment from The Home Depot.
2. Indigo- Celtic credit card statements from November 2020 (month account opened) to February 2021.
3. HSFCU Line of Credit monthly statements from December 2021 to present.

Upon review of all the documents received as of this date, Ms. Ventura-Oliver has paid approximately $10,661.09 towards credit card and store charge account payments that were opened since the onset of supervision.

SUBMITTED:

_____  _____
LESI KAPUA  LISA JICHA
U.S. Probation Officer Assistant  Supervising U.S. Probation Officer


cc: Mark Nammar, Esq, AUSA
   Lars Issacson, Esq. Defense Counsel