LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Attorney for Defendant MAHEALANI VENTURA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br><br>MAHEALANI VENTURA,<br><br>  Defendant. | CR. NO. 11-00503 JMS-1<br><br>DEFENDANT'S SUPPLEMENTAL SUBMISSIONS FOR HEARING ON REQUEST FOR COURSE OR ACTION FILED ON FEBRUARY 1, 2022; EXHIBITS "BB" TO "DD;" CERTIFICATE OF SERVICE |

DEFENDANT'S SUPPLEMENTAL SUBMISSIONS FOR HEARING
ON REQUEST FOR COURSE OR ACTION
FILED ON FEBRUARY 1, 2022

**Comes now** the Defendant MAHEALANI VENTURA, by and through his undersigned attorney, Lars Robert Isaacson, Esq., and hereby provides the following argument and exhibits for the Court's consideration on the *Request For Course of Action* filed on February 1, 2022 in this Cause.

"In identifying the procedural requirements of due process, we have observed that the decision to revoke probation typically involves two distinct components: (1) a retrospective factual question whether the probationer has violated a condition of probation; and (2) a discretionary determination by the sentencing authority whether violation of a condition warrants revocation of probation." *Black v. Romano*, 471 U.S. 606, 611 (1985); *accord United States v. Ortiz*, 185 F. App'x 651, 652 (9th Cir. 2006).

Here, Defendant Ventura has admitted to the eight alleged violations of her supervised release. Defendant would request that no action be taken against her in regard to these violations as:

1. Her time of supervised release began on July 19, 2019 and is currently set to end on or about July 19, 2022;

2. During this time, she has not been arrested nor is alleged to have taken part in any criminal activity, including taking illegal narcotic drugs;

3. While she did obtain credit cards without approval, she has not incurred large amounts of debt, and all these cards are believed to have been paid off and closed;

4. She has provided all documents requested by the Government. *See* Exhibit "BB" attached to this document;

5. She has cooperated in resolving the issue of the "locked" Equifax credit report; *See* Exhibit "CC" attached to this document;

6. She has worked at a variety of jobs during her period of supervised release, and is working now at Avis Rent-a Car. *See* Exhibit "DD" attached to this document;

7. She has continued to pay restitution, to date, $9,908.33. *See* Amended Recommendation at Page 7, paragraph 4.

Ms. Ventura is trying hard to reintegrate into society, and has taken her restitution obligation seriously. She has worked consistently since she began her period of supervised release, albeit with a few brief periods of unemployment. She did obtain credit cards, but did so at least in part in a desire to build up her own credit in anticipation of the future. She has provided and continues to provide documents as requested by U.S. Probation Department. While Ms. Ventura has not performed perfectly while on supervised release, respectfully, a prison sentence is not warranted, and no further supervised release is necessary past July of 2022.

DATED: Honolulu, Hawai'i    March 23, 2022

    /s/ Lars Robert Isaacson
LARS ROBERT ISAACSON
Attorney for Defendant
Mahealani Ventura