# EXHIBIT "BB"

**Subject:** Re: Case 1:11-cr-00503-JMS USA v. Ventura-Oliver
**Date:** Thursday, March 17, 2022 at 7:49:21 PM Hawaii-Aleutian Standard Time
**From:** Lesi Kapua
**To:** Lars Isaacson
**CC:** Michael Nammar

Hello Mr. Issacson,

Our office is in receipt of all the documents requested. Thank you.

Best regards,
~Lesi

Get [Outlook for iOS](#)

---

**From:** Lars Isaacson <hawaiicrimdefender@gmail.com>
**Sent:** Thursday, March 17, 2022 3:39:15 PM
**To:** Lesi Kapua <Lesi_Kapua@hip.uscourts.gov>
**Cc:** Michael Nammar <michael.nammar@usdoj.gov>
**Subject:** Case 1:11-cr-00503-JMS USA v. Ventura-Oliver

**CAUTION - EXTERNAL:**

Good afternoon Ms. Kapua,

I understand that Ms. Ventura has provided you with quite a number of documents over the past few weeks. Are there any documents outstanding at this time?

Thanks, Lars Isaacson

Lars Robert Isaacson
Attorney at Law
1100 Alakea Street, 20th Floor
Honolulu, Hawaii 96813
Phone: 808-497-3811
Fax: 866-616-2132

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# EXHIBIT "CC"

**Subject:** RE: Equifax MV
**Date:** Friday, March 4, 2022 at 2:40:09 PM Hawaii-Aleutian Standard Time
**From:** Lesi Kapua
**To:** Lars Isaacson
**CC:** Mahealani Ventura

Hi Mr. Issacson,

Our office was able to access her credit report via Equifax.

Mahealani- Thank you for taking the time to contact Equifax customer service.

Best regards,

Lesi Kapua
U.S. Probation Officer Assistant
300 Ala Moana Blvd, Rm 2300
Honolulu, HI 96850
Ph: (808) 541-2186
Mobile: (808) 265-0508

-----Original Message-----
From: Lars Isaacson <hawaiicrimdefender@gmail.com>
Sent: Friday, March 4, 2022 1:57 PM
To: Lesi Kapua <Lesi_Kapua@hip.uscourts.gov>
Cc: Mahealani Ventura <venturamahealani@gmail.com>
Subject: Re: Equifax MV

CAUTION - EXTERNAL:


Dear Ms. Kapua,

Can you please check to see if you are able to access Ms. Ventura's Equifax credit information today? Let me know how it goes.

Thanks, Lars Isaacson

Lars Robert Isaacson
Attorney at Law
1100 Alakea Street, 20th Floor
Honolulu, Hawaii 96813
Phone: 808-497-3811
Fax: 866-616-2132




On 3/4/22, 12:28 PM, "Mahealani Ventura" <venturamahealani@gmail.com> wrote:

    Hi I called Equifax customer service 1-888-548-7878. I spoke w James user ID PXG237 at 12:15 pm 3/4/22. James informed me that my Equifax credit file has never been locked or frozen. It is unlocked. I asked James to go back and check my history and he confirmed it was never locked or frozen.

    I explained to James the reason I was calling to confirm this. He then gave me his name and user ID to verify this information as correct.

    M

    Sent from my iPhone

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# EXHIBIT "DD"



# EMPLOYERS OPTIONS maui

Form #2    Tel: 877-6555 ◆ Fax: 871-2493

**COMPANY NAME:** AVIS/BUDGET

**WEEK ENDING SUNDAY:**

**EMPLOYEE NAME:** VENTURA, MAHEALANI

**POSITION:**

- Hold my Check ☐
- Direct Deposit ☒
- Mail my Check ☐

**SOCIAL SECURITY:** XXX-XX-1184

X _[signature]_
**EMPLOYEE SIGNATURE**

I certify that these hours are worked by me during the week ending shown above, and were properly verified by an authorized representative of the client.

| DAY | DATE | START | FINISH | LESS LUNCH | TOTAL |
|---|---|---|---|---|---|
| MON | | | | | |
| TUES | | | | | |
| WED | | | | | |
| THUR | 3/18 | 5:30 AM | 2 PM | 1/2 | 8 |
| FRI | 3/19 | 5:30 AM | 2 PM | 1/2 | 8 |
| SAT | 3/20 | 6:00 AM | 2 PM | 1/2 | 8 |
| SUN | | | | | |
| | | | | **TOTAL HOURS** | 24 |

Employee: It is your responsibility to get an Authorized signature daily. Any fraudulent entries on weekly time card will result in criminal charges. Time cards are due no later than 9:00am EVERY Monday. Time cards received after 9:00am Monday may not be available until next pay period.

Client: Your signature certifies that the hours are correct, work done was in a satisfactory manner and you agree to the terms and conditions on the reverse side of the client copy.

**AUTHORIZED SIGNATURE / TITLE:** _[signatures: Pato Lead, Raful Lead, Kauli Mgr]_

Is the employee continuing this assignment?   ☐ Yes   ☐ No