## DECLARATION OF COUNSEL

I, LARS ISAACSON, hereby declare as follows:

1. The facts and statements set forth in the foregoing document are true and correct to the best of my knowledge, information, and belief.

2. I am the court-appointed attorney of record for Defendant Mahealani Ventura;

3. After a trial by jury, resulting in convictions on 19 counts of mail fraud and related offenses, on December 14, 2014, Ms. Ventura was sentenced to 78 months incarceration plus three years supervised release. Restitution was ordered in the amount of $424,534.68. *See* Docket #412. According to the Federal Inmate Locator, she was released on July 19, 2019. It is believed her three year period of supervised release started on that date and is set to expire on July 19, 2022.

4. On February 1, 2022, a Request for Course Of Action was filed in this cause, alleging 8 violations of the terms of Ms. Ventura's supervised release. *See* Docket #469. On February 2, 2022, Declarant was appointed to represent Ms. Ventura in this cause.

*See* Docket #470.

5. On February 24, 2022, a hearing on this matter took place before Chief U.S. District Judge J. Michael Seabright. Defendant admitted to violation nos. 1 through 8 and the hearing was continued to allow Declarant to submit additional documents to court on behalf of the Defendant. *See* Docket #478.

6. On March 24, 2022, a further hearing on this matter took place before Judge Seabright. The case was again continued to allow Declarant to respond to new allegations against Defendant and submit additional documents to court on behalf of the Defendant. *See* Docket #482. The court ordered that "further hearing on an Order to Show Cause Why Supervised Release Should Not be Revoked is set for April 18, 2022 at 10:00 am in Aha Kaulike before the Honorable J. Michael Seabright. Motion/briefing by counsel due by April 14, 2022." *Id.*

7. On April 12, 2022, the Court entered an EO, including the following: "as to defendant (1) Mahealani Ventura-Oliver - Telephonic 32.1 Initial Appearance is set for 4/14/2022 at 09:30 AM before MAGISTRATE JUDGE ROM TRADER." *See* Docket

#485. I have determined that Ms. Ventura was arrested in Maui on April 12, 2022, and is currently incarcerated at FDC Honolulu.

8. On April 13, 2022, Declarant received a copy of AMENDED REQUEST FOR COURSE OF ACTION which adds a new allegation of a violation the terms of Ms. Ventura's supervised release.

9. It is my belief that an "irreconcilable difference" exists between Defendant and myself and/or there is a conflict of interest that necessitates withdrawal. *See United States v. Mendez–Sanchez*, 563 F.3d 935, 943 (9th Cir. 2009)(To show "an 'extensive, irreconcilable conflict' between [a defendant] and his appointed counsel," the "conflict must have led to 'a significant breakdown in communication that substantially interfered with the attorney-client relationship'")(citations omitted); *State v. Harter*, 134 Hawai'i 308, 323-324 (2014)("Typically, 'good cause' [to warrant substitution of counsel] exists when there is a conflict of interest on the part of defense counsel, a complete breakdown in communication between the attorney and client, or an irreconcilable difference between the attorney and client").

For the reasons provided above and to be provided at an en camera hearing on this Motion, Declarant requests that his motion to withdraw be granted, and new counsel be appointed for Ms. Ventura at the earliest possible date. Declarant also requests that hearings and deadlines on all matters concerning Ms. Ventura be stayed until a hearing can be heard on this motion and, if granted, new counsel appointed.

Dated:  April 13, 2022            Honolulu, Hawai'i
                                  Respectfully submitted,


                                  /s/   Lars Isaacson
                                  LARS ROBERT ISAACSON