AO 442 (Rev. 11/11) Warrant for Arrest



**SEALED**
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

Mahealani Ventura-Oliver
(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR 11-00503JMS-01

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 4 2022

at /2 o'clock and 50 min. P M
CLERK, U.S. District Court

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST Mahealani Ventura-Oliver and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

Order To Show Cause Why Supervision Should Not Be Revoked

- In violation of the conditions of his or her supervision imposed by the court.

Date: 04/05/2022

/s/ J. Michael Seabright
Issuing Officer's Signature

Location: Honolulu, HI

J. Michael Seabright, Chief U.S. District Judge
Printed Name and Title

Bail Fixed at NO BAIL

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Date Received 04/05/2022<br>Date of Arrest 04/12/2022 | NAME AND TITLE OF ARRESTING OFFICER<br><br>Sanford Chun Jr / DUSM | SIGNATURE OF ARRESTING OFFICER<br><br>see attachment |

AO 442 (Rev. 11/11) Warrant for Arrest



**SEALED** BY ORDER OF THE COURT

## UNITED STATES DISTRICT COURT
### District of Hawaii

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 11-00503JMS-01 |

Mahealani Ventura-Oliver
(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST Mahealani Ventura-Oliver and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

Order To Show Cause Why Supervision Should Not Be Revoked

- In violation of the conditions of his or her supervision imposed by the court.

Date: 04/05/2022

/s/ J. Michael Seabright
Issuing Officer's Signature



Location: Honolulu, HI

J. Michael Seabright, Chief U.S. District Judge
Printed Name and Title

Bail Fixed at NO BAIL

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at |||
| Date Received: 04/05/2022<br>Date of Arrest: 04/12/2022 | NAME AND TITLE OF ARRESTING OFFICER<br>Sanford Chun Jr / DUSM | SIGNATURE OF ARRESTING OFFICER<br>*Sanford Chun Jr* |